# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00187 |
| Bruno Joseph Cua | ) | Assigned to: Judge Faruqui, Zia M |
| | ) | Assign Date: 1/29/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| **Date of Birth:** XXXXXXXX | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

Code Section                                      Offense Description

18 U.S.C. § 111(a)(1) - Assault on a Federal Officer
18 U.S.C. § 231(a)(3) - Civil Disorder
18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding
18 U.S.C. § 1752 (a)(1), (2) and (4) - Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(A), (B), (C), (D), (F), and (G)- Enter or remain on the floor or gallery of either House of Congress, Violent Entry or Disorderly Conduct, Engage in physical violence, Obstruct, or impede passage, and parade, demonstrate, or picket on Capitol Grounds

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Daniel A. Mehochko, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __01/29/2021__                                  2021.01.29 18:45:27 -05'00'
_____
Judge's signature

City and state:         Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*