AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Bruno Joseph Cua

)
)
)
)
)
)
)

Case No.

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Bruno Joseph Cua,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assault on a Federal Officer
18 U.S.C. § 231(a)(3) - Civil Disorder
18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding
18 U.S.C. § 1752 (a)(1), (2) and (4) - Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(A), (B), (C), (D), (F), and (G)- Enter or remain on the floor or gallery of either House of Congress, Violent Entry or Disorderly Conduct, Engage in physical violence, Obstruct, or impede passage, and parade, demonstrate, or picket on Capitol Grounds

Date: 01/29/2021

2021.01.29 18:44:52 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/29/2021, and the person was arrested on *(date)* 02/05/2021
at *(city and state)* MILTON, GEORGIA.

Date: 02/05/2021

*Arresting officer's signature*

JOHN McBRIEN, SPECIAL AGENT, FBI
*Printed name and title*

| **MAGISTRATE'S CRIMINAL MINUTES & ORDER** <br> **REMOVALS (Rule 5 & 5.1)** | | | **FILED IN OPEN COURT** | | | | |
|---|---|---|---|---|---|---|---|
| | | TIME IN COURT: | | HRS. | 14 | MINS. | |
| FILED IN OPEN COURT | DATE: | 2/8/2021 | TIME: | 2:12 pm | TAPE: | FTR Gold | |

**MAGISTRATE (PRESIDING):** ALAN J. BAVERMAN          **DEPUTY CLERK:** Lisa Enix

| CASE NO: | 1:20-MJ-129-AJB | DEFENDANT'S NAME: | Bruno Joseph Cua |
|---|---|---|---|
| AUSA: | Ryan Buchanan | DEFENDANT'S ATTORNEY: | Molly Parmer & John Thomas Morgan |
| USPO/PTR: | Steven Witherspoon via Zoom | TYPE OF COUNSEL: | Retained |
| | ARREST DATE: | | |
| X | Initial Appearance Hearing Held | X | Defendant informed of rights |
| | Due Process Protection Act Warning Orally Given to Government's Counsel. Order on page 2 | | |
| | Interpreter Sworn: | | |

### COUNSEL

| | ORDER appointing The Federal Defender Program | | IA Only |
|---|---|---|---|
| | ORDER appointing | | as counsel for defendant |
| | ORDER defendant to pay attorney's fees as follows: | | |

### IDENTITY/PRELIMINARY HEARING

| X | Defendant WAIVES identity hearing. | | X | WAIVER FILED |
|---|---|---|---|---|
| | Identity hearing held | Def. is named def. in indictment/complaint; held for removal to other district | | |
| X | Defendant WAIVES preliminary hearing | | X | WAIVER FILED |
| | Preliminary hearing held. | Probable cause found; def. held to District Court for removal to other district. | | |
| | Removal hearing set | | @ | |
| | Commitment to Another District Filed. | | | |

### BOND/DETENTION PROCEEDINGS

| X | Government Motion for DETENTION Filed | Detention hearing set | 2/10/2021 at 2:00 pm |
|---|---|---|---|
| | Detention Hearing Held | | Detention Hearing Waived |
| | Bond Hearing Held | Bond Set at | $ |
| | Non-Surety        Surety (    ) Cash   (    ) Property   (    ) Corporate Surety | | |
| | Special Conditions: | | |
| | BOND FILED: Defendant RELEASED | | |
| | Bond NOT EXECUTED.  Defendant to remain in Marshal's custody. | | |
| | Detention Order.  Witten Order to follow. | | |

**MAGISTRATE'S CRIMINAL MINUTES & ORDER**          **FILED IN OPEN COURT**
**REMOVALS (Rule 5 & 5.1)**

|  | TIME IN COURT: | 2 | HRS. | 10 | MINS. |
|---|---|---|---|---|---|
| FILED IN OPEN COURT | DATE: 2/10/2021 | TIME: | 2:16 pm | TAPE: | FTR Gold |

**MAGISTRATE (PRESIDING):** ALAN J. BAVERMAN          **DEPUTY CLERK:** Lisa Enix

| CASE NO: | 1:21-MJ-129-AJB | DEFENDANT'S NAME: | Bruno Joseph Cua |
|---|---|---|---|
| AUSA: | Ryan Buchanan | DEFENDANT'S ATTORNEY: | Molly Parmer and John Thomas Morgan |
| USPO/PTR: | Leslie Hopkins via phone | TYPE OF COUNSEL: | Retained |
|  | ARREST DATE: |  |  |
|  | Initial Appearance Hearing Held |  | Defendant informed of rights |
|  | Interpreter Sworn: |  |  |

## COUNSEL

|  | ORDER appointing The Federal Defender Program |  | IA Only |
|---|---|---|---|
|  | ORDER appointing |  | as counsel for defendant |
|  | ORDER defendant to pay attorney's fees as follows: |  |  |

## IDENTITY/PRELIMINARY HEARING

|  | Defendant WAIVES identity hearing. |  | WAIVER FILED |
|---|---|---|---|
|  | Identity hearing held | Def. is named def. in indictment/complaint; held for removal to other district | |
| X | Defendant WAIVES preliminary hearing in this District only. Defendant change his decision from the previous hearing. |  | WAIVER FILED |
|  | Preliminary hearing held. | Probable cause found; def. held to District Court for removal to other district. | |
|  | Removal hearing set |  | @ |
|  | Commitment to Another District Filed. |  |  |

## BOND/DETENTION PROCEEDINGS

|  | Government Motion for DETENTION Filed | Detention hearing set |  |
|---|---|---|---|
| X | Detention Hearing Held. Hearing continued until 3:00 pm until 2/12/2012. |  | Detention Hearing Waived |
|  | Bond Hearing Held | Bond Set at | $ |
|  | Non-Surety | Surety (   ) Cash   (   ) Property   (   ) Corporate Surety | |
|  | Special Conditions: | | |
|  | BOND FILED: Defendant RELEASED | | |
|  | Bond NOT EXECUTED.  Defendant to remain in Marshal's custody. | | |
|  | Detention Order.  Witten Order to follow. | | |

| Pg. 2 | Defendant: | Bruno Joseph Cua | Case No.: | 1:20-mj-129-AJB |
|---|---|---|---|---|
| Date: | 2/10/2021 | | | |

WITNESSESS:

| **Joseph Cua, sworn and testified. The witness has invoked his 5th amended right. Judge Baverman has stricken the testimony of Joseph Cua.** |
|---|
| |
| |
| |

EXHBITIS:

| Government's Exhibit #1 – 17 Admitted. |
|---|
| Defendant's Exhibits #1 – 3  Admitted. |
| |
| |

| Original Exhibits: | X | RETAINED by the Court | | RETURNED to counsel |
|---|---|---|---|---|

Order

    Pursuant to the Due Process Protections Act, *see* Fed. R. Crim. P. 5(f), the government is directed to adhere to the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and to provide all materials and information that are arguably favorable to the defendant in compliance with its obligations under *Brady*; *Giglio v. United States*, 405 U.S. 150 (1972); and their progeny. Exculpatory material as defined in *Brady* and *Kyles v. Whitley*, 514 U.S. 419, 434 (1995), shall be provided sufficiently in advance of trial to allow a defendant to use it effectively, and exculpatory information is not limited to information that would constitute admissible evidence.

    The failure of the government to comply with its *Brady* obligations in a timely manner may result in serious consequences, including, but not limited to, the suppression or exclusion of evidence, the dismissal of some or all counts, adverse jury instructions, contempt proceedings, or other remedies that are just under the circumstances.

| MAGISTRATE'S CRIMINAL MINUTES & ORDER REMOVALS (Rule 5 & 5.1) | | | | FILED IN OPEN COURT | | | |
|---|---|---|---|---|---|---|---|
| | | | TIME IN COURT: | 1 | HRS. | 20 | MINS. |
| FILED IN OPEN COURT | DATE: | 2/12/2021 | TIME: | 3:28pm | TAPE: | FTR Gold | |

**MAGISTRATE (PRESIDING):** ALAN J. BAVERMAN       **DEPUTY CLERK:** Lisa Enix

| CASE NO: | 1:21-MJ-129-AJB | DEFENDANT'S NAME: | Bruno Joseph Cua |
|---|---|---|---|
| AUSA: | Ryan Buchanan | DEFENDANT'S ATTORNEY: | Molly Parmer and John Thomas Morgan |
| USPO/PTR: | Leslie Hopkins | TYPE OF COUNSEL: | Retained |

| | ARREST DATE: | | |
|---|---|---|---|
| | Initial Appearance Hearing Held | | Defendant informed of rights |
| X | Due Process Protection Act Warning Orally Given to Government's Counsel. Order on page 2 | | |
| | Interpreter Sworn: | | |

## COUNSEL

| | ORDER appointing The Federal Defender Program | | IA Only |
|---|---|---|---|
| | ORDER appointing | | as counsel for defendant |
| | ORDER defendant to pay attorney's fees as follows: | | |

## IDENTITY/PRELIMINARY HEARING

| | Defendant WAIVES identity hearing. | | WAIVER FILED |
|---|---|---|---|
| | Identity hearing held | Def. is named def. in indictment/complaint; held for removal to other district | |
| | Defendant WAIVES preliminary hearing | | WAIVER FILED |
| | Preliminary hearing held. | Probable cause found; def. held to District Court for removal to other district. | |
| | Removal hearing set | @ | |
| X | Commitment to Another District Filed. | | |

## BOND/DETENTION PROCEEDINGS

| | Government Motion for DETENTION Filed | Detention hearing set | |
|---|---|---|---|
| X | Detention Hearing Held. Government motion for Detention Granted. | | Detention Hearing Waived |
| | Bond Hearing Held | Bond Set at | $ |
| | Non-Surety       Surety ( ) Cash   ( ) Property   ( ) Corporate Surety | | |
| | Special Conditions: | | |
| | BOND FILED: Defendant RELEASED | | |
| | Bond NOT EXECUTED. Defendant to remain in Marshal's custody. | | |
| X | Detention Order. Witten Order to follow. | | |

| Pg. 2 | Defendant: | Bruno Joseph Cua | Case No.: | 1:21-mj-129-AJB |
|---|---|---|---|---|
| Date: | 2-12-2021 | | | |

### WITNESSESS:

**Joseph Cua, sworn and testified.  Donald Samuel is representing Joseph Cua.**

### EXHBITIS:

| Original Exhibits: | | RETAINED by the Court | | RETURNED to counsel |
|---|---|---|---|---|

### Order

    Pursuant to the Due Process Protections Act, *see* Fed. R. Crim. P. 5(f), the government is directed to adhere to the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and to provide all materials and information that are arguably favorable to the defendant in compliance with its obligations under *Brady*; *Giglio v. United States*, 405 U.S. 150 (1972); and their progeny. Exculpatory material as defined in *Brady* and *Kyles v. Whitley*, 514 U.S. 419, 434 (1995), shall be provided sufficiently in advance of trial to allow a defendant to use it effectively, and exculpatory information is not limited to information that would constitute admissible evidence.

    The failure of the government to comply with its *Brady* obligations in a timely manner may result in serious consequences, including, but not limited to, the suppression or exclusion of evidence, the dismissal of some or all counts, adverse jury instructions, contempt proceedings, or other remedies that are just under the circumstances.

AO 470 (Rev. 8/85) Order of Temporary Detention

FILED IN OPEN COURT
U.S.D.C. Atlanta

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __GEORGIA__

FEB 08 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

**BRUNO JOSEPH CUA**
*Defendant*

Case  __1:21-MJ-129-AJB__

Upon motion of the __U. S. GOVERNMENT__, it is ORDERED that a detention hearing is set __2/10/2021__* at __2:00 pm__
                           *Date*                                 *Time*

before __ALAN J. BAVERMAN__
*Name of Judicial Officer*

__U. S. Courthouse 75 Ted Turner Drive Street, S.W., Atlanta, GA 30303__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ and produced for the
*Other Custodial Official*

Date: __2/8/2021__  

*Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

ORIGINAL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS
FEB 12 2021
U.S. MAGISTRATE JUDGE
N.D. GEORGIA

UNITED STATES OF AMERICA,
vs.

BRUNO JOSEPH CUA

ORDER OF DETENTION PENDING TRIAL

CASE NO. 1:21-MJ-129-AJB

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I - Findings of Fact

☐ (1) The defendant is charged with an offense described in 18 U.S.C. §3142(f)(1) and has been convicted of a (federal offense) (state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is
  ☐ a crime of violence as defined in 18 U.S.C. §3156(a)(4).
  ☐ an offense for which the maximum sentence is life imprisonment or death.
  ☐ an offense for which the maximum term of imprisonment of ten years or more is prescribed in _____.*
  ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. §3142(f)(1)(A)-(C), or comparable state or local offenses.

☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.

☐ (3) A period of not more than five years has elapsed since the (date of conviction) (release of the defendant from imprisonment) for the offense described in finding (1).

☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternate Findings (A)

☐ (1) There is probable cause to believe that the defendant has committed an offense
  ☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____.
  ☐ under 18 U.S.C. §924(c).

☐ (2) The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternate Findings (B)

☐ (1) There is a serious risk that the defendant will not appear.
☐ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

## Part II - Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by (clear and convincing evidence) (a preponderance of the evidence) that _the defendant is a danger to the community. Both before and after entering the Capitol + assaulting an officer, defendant sponsored violent conduct to overthrow the 2020 election + obstruct the orderly functions of government. His parents are not suitable custodians since they condoned and failed to stop their son's increasingly #_

## Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated: 2-12-2021

Signature of Judicial Officer

ALAN J. BAVERMAN

---

* Insert as applicable: (a) Controlled Substances Act (21 U.S.C. §801 et seq.); (b) Controlled Substances Import and Export Act (21 U.S.C. §951 et seq.); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. §955a).

# dangerous behavior.

AO 94 (Rev. 12/03) Commitment to Another District

**ORIGINAL**

# UNITED STATES DISTRICT COURT

**NORTHERN** District of **GEORGIA**

FILED IN CHAMBERS
FEB 12 2021
U.S. MAGISTRATE JUDGE
N.D. GEORGIA

| UNITED STATES OF AMERICA<br>V.<br><br>BRUNO JOSEPH CUA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| NDGA | District of Columbia | 1:21-MJ-129-AJB | 1:21-MJ-187 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

Indictment ☐ Information  X Complaint  Other -

charging a violation of  18  U.S.C.  231(a)(3) and 1512(c)(2), 2 and 111(a)(1)

**DISTRICT OF OFFENSE**
District of Columbia

**ATTEST: A TRUE COPY CERTIFIED THIS**
Date: 2/16/2021

**DESCRIPTION OF CHARGES:**
Civil Disorder, Obstruction of an Official Proceeding, Assaulting, Resisting, or Impeding Certain Officers

JAMES N. HATTEN, Clerk
By: s/Traci Clements Campbell
Deputy Clerk

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**  X No   Yes   Language:

**DISTRICT**  Northern District of Georgia

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

2/12/21
Date

ALAN J. BAVERMAN, UNITED STATES MAGISTRATE JUDGE

**RETURN**

This commitment was received and executed as

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN OPEN COURT
U.S.D.C. Atlanta
FEB 08 2021
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

ORIGINAL

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:21-MJ-129-AJB |
| BRUNO JOSEPH CUA | ) | |
| Defendant | ) | Charging District's Case No. 1:21-MJ-187 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

Date: 2/8/2021

Approved: _____ (signature)
U.S. Magistrate Judge

Bruno Cua
*Defendant's signature*

_____ (signature)
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

MOLLY PARKER
J. TOM MORGAN

ATTEST: A TRUE COPY
CERTIFIED THIS

Date: __2/16/2021_____

JAMES N. HATTEN, Clerk

By: _s/Traci Clements Campbell_
     Deputy Clerk

CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CRIMINAL DOCKET FOR CASE #: **1:21−mj−00129−AJB−1**

| | |
|---|---|
| Case title: USA v. Cua | Date Filed: 02/08/2021 |
| Other court case number: 1:21−mj−187 USDC District of Columbia | Date Terminated: 02/12/2021 |

Assigned to: Magistrate Judge Alan J. Baverman

### Defendant (1)

**Bruno Joseph Cua**　　　　represented by　**John Thomas Morgan , III**
*TERMINATED: 02/12/2021*　　　　　　　　　J. Tom Morgan, Attorney, LLC
　　　　　　　　　　　　　　　　　　　　　Suite 425
　　　　　　　　　　　　　　　　　　　　　160 Clairmont Avenue
　　　　　　　　　　　　　　　　　　　　　Decatur, GA 30030
　　　　　　　　　　　　　　　　　　　　　404−687−1002
　　　　　　　　　　　　　　　　　　　　　Email: jtom@jtommorganlaw.com
　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　*Designation: Retained*

　　　　　　　　　　　　　　　　　　　　　**Molly Hiland Parmer**
　　　　　　　　　　　　　　　　　　　　　Parmer Law
　　　　　　　　　　　　　　　　　　　　　1201 West Peachtree St
　　　　　　　　　　　　　　　　　　　　　Suite 2300
　　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30309
　　　　　　　　　　　　　　　　　　　　　404−795−5060
　　　　　　　　　　　　　　　　　　　　　Fax: 404−795−5117
　　　　　　　　　　　　　　　　　　　　　Email: molly@parmer.law
　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　*Designation: Retained*

**Pending Counts**　　　　　　　　　　　**Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**　　　　　　　　　**Disposition**

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:111(a)(1) – Assault on a Federal Officer | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Ryan Karim Buchanan**<br>Office of the United States Attorney–ATL600<br>Northern District of Georgia<br>600 United States Courthouse<br>75 Ted Turner Dr., S.W.<br>Atlanta, GA 30303<br>404–581–6217<br>Email: ryan.buchanan@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/08/2021 | | | Arrest (Rule 40) of Bruno Joseph Cua. (tcc) (Entered: 02/09/2021) |
| 02/08/2021 | 1 | | Minute Entry for proceedings held before Magistrate Judge Alan J. Baverman: Initial Appearance in Rule 5(c)(3) Proceedings as to Bruno Joseph Cua held on 2/8/2021. Defendant waives Identity/Preliminary Hearing. Waiver filed. Detention Hearing set for 2/10/2021 at 02:00 PM in ATLA Courtroom 1879 before Magistrate Judge Alan J. Baverman. (Tape #FTR Gold) (tcc) (Entered: 02/09/2021) |
| 02/08/2021 | 2 | | WAIVER of Rule 5 Identity Hearings by Bruno Joseph Cua. (tcc) (Entered: 02/09/2021) |
| 02/08/2021 | 3 | | MOTION for Detention by USA as to Bruno Joseph Cua. (tcc) (Entered: 02/09/2021) |
| 02/08/2021 | 4 | | Order of Temporary Detention pursuant to Bail Reform Act by Judge Alan J. Baverman as to Bruno Joseph Cua. Detention Hearing set for 2/10/2021 at 02:00 PM in ATLA Courtroom 1879 before Magistrate Judge Alan J. Baverman. (tcc) (Entered: 02/09/2021) |
| 02/10/2021 | | | NOTICE OF HEARING as to Bruno Joseph Cua. Detention Hearing continued until 2/12/2021 at 3:00 PM in ATLA Courtroom 1879 before Magistrate Judge Alan J. Baverman. (lme) (Entered: 02/10/2021) |
| 02/10/2021 | 5 | | Minute Entry for proceedings held before Magistrate Judge Alan J. Baverman: Detention Hearing as to Bruno Joseph Cua. Defendant waives Rule 5 |

| | | | |
|---|---|---|---|
| | | | Preliminary Hearing. Joseph Cua, sworn and testified. The witness has invoked his 5th amended right. Judge Baverman has stricken the testimony of Joseph Cua. Hearing continued until 3:00 pm until 2/12/2012. Government's Exhibit #1 17 Admitted. Defendant's Exhibits #1 3 Admitted. Exhibits retained to be forwarded to the Clerks Office. (Tape #FTR Gold) (tcc) (Entered: 02/11/2021) |
| 02/11/2021 | | | NOTICE OF HEARING ON MOTION as to Bruno Joseph Cua 3 Motion for Detention : Motion Hearing set for 2/12/2021 at 3:00 PM in ATLA Courtroom 1879 before Magistrate Judge Alan J. Baverman. (lme) (Entered: 02/11/2021) |
| 02/12/2021 | 6 | | TRANSCRIPT of Proceedings as to Bruno Joseph Cua held on 02/10/2021, before Judge Alan Baverman. Court Reporter/Transcriber PENNY COUDRIET. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/directory−court−reporters. Tape Number: FTR. Redaction Request due 3/5/2021. Redacted Transcript Deadline set for 3/15/2021. Release of Transcript Restriction set for 5/13/2021. (Attachments: # 1 Notice of Filing) (ppc) (Entered: 02/12/2021) |
| 02/12/2021 | | | NOTICE OF TELEPHONE PROCEEDING as to Bruno Joseph Cua: Detention Hearing set for 2/12/2021 at 03:00 PM in ATLA Courtroom 1879 before Magistrate Judge Alan J. Baverman. Connection Instructions for those participating by phone: Please call 1−888−684−8852 Access Code: 2921179# As participant push # Security Code: 2467# You must follow the instructions of the court for remote proceedings available here. The procedure for filing documentary exhibits admitted during the proceeding is available here. *Photographing, recording, or broadcasting of any judicial proceedings, including proceedings held by or telephone conferencing, is strictly and absolutely prohibited.* (lme) (Entered: 02/12/2021) |
| 02/12/2021 | 7 | | Minute Entry for proceedings held before Magistrate Judge Alan J. Baverman: Detention Hearing as to Bruno Joseph Cua. Joseph Cua, sworn and testified. Donald Samuel is representing Joseph Cua. Government's 3 Motion for Detention GRANTED. Detention Order. Witten Order to follow.(Tape #FTR Gold) (tcc) (Entered: 02/16/2021) |
| 02/12/2021 | 8 | | ORDER Pursuant to the Due Process Protections Act as to Bruno Joseph Cua. Signed by Magistrate Judge Alan J. Baverman on 2/12/2021. (tcc) (Entered: 02/16/2021) |
| 02/12/2021 | 9 | | ORDER OF DETENTION Pending Trial as to Bruno Joseph Cua. Signed by Magistrate Judge Alan J. Baverman on 2/12/2021. (tcc) (Entered: 02/16/2021) |
| 02/12/2021 | 10 | | COMMITMENT TO ANOTHER DISTRICT as to Bruno Joseph Cua. Defendant committed to District of USDC District of Columbia. Signed by Magistrate Judge Alan J. Baverman on 2/12/2021. (tcc) (Entered: 02/16/2021) |
| 02/12/2021 | | | Magistrate Case Closed. Defendant Bruno Joseph Cua terminated. (tcc) (Entered: 02/16/2021) |
| 02/16/2021 | | | Transmittal of Rule 5(c)(3) Documents as to Bruno Joseph Cua, sent to USDC District of Columbia via InterdistrictTransfer email, with certified copy of Commitment Order and docket sheet. (tcc) (Entered: 02/16/2021) |