AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cr-00107-RDM |
| BRUNO JOSEPH CUA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BRUNO JOSEPH CUA.

Date:   02/10/2021

*Attorney's signature*

Jonathan Jeffress, Bar No. 42884
*Printed name and bar number*

KaiserDillon PLLC
1099 14th Street NW, 8th Floor West
Washington, D.C. 20005
*Address*

jjeffress@kaiserdillon.com
*E-mail address*

(202) 271-9018
*Telephone number*

(202) 280-1034
*FAX number*