# Exhibit 1

To The Honorable Judge Moss,

Sir, thank you for the opportunity to be heard. This letter is from Joseph and Alise Cua, Bruno's parents. He is the oldest of our three children, his siblings are Nina, 17, and Nico, 13.

Bruno was in solitary confinement since the arrest on February 5th until February 25th (due to covid quarantine restrictions). On February 25th, he was transported to Grady County Jail in Oklahoma City, where he is in a cell with 30 men/inmates. It has been an extremely traumatic few weeks for him and our entire family. By the time of the DC bond hearing, he will have been in detention for as long as 4 weeks. That is a whole lot of time alone with his thoughts and fears. The hundreds of hours of soul searching and reflection have brought Bruno to a place of clarity, and deep, genuine remorse for his actions.  Despite being considered an adult, he is very much still a kid your honor, and has been harshly impacted by this experience.

During this same period, we have also have spent countless hours crying and reflecting on what we could/should have done differently, and of course, deeply regretting attending the January 6th protest altogether. Parenting mistakes we have made to date, we assure you your honor, will not be repeated. The events of January 6th at the Capitol were horrific. We did not expect anything like that to happen, much less for Bruno to go inside. We never would have gone to Washington if we would have known things would have turned violent. We wish so much that we would not have agreed to let him get a closer look at what was unfolding at the Capitol, but we honestly had no thought that Bruno would ever get involved. But beyond that, we feel it is important for you to know that any doubts we have had about the presidential election are gone. We realized that shortly after January 6th and well before Bruno was arrested. We both feel embarrassed that we went down the path of believing President Trump and other leaders that widespread fraud had stolen the election from him. We see now that it was all lies.

We also want you to know that, during the 30 days between Jan 6th and Feb 5th, we did take disciplinary action. First, we restricted Bruno to our home/farm, though he was permitted to run some errands such as picking up materials for projects. For the most part, except when he was doing his online classes, he was occupied with various house and farm chores/projects, such as moving and cutting up a large tree that fell across and blocked the driveway, changing air filters in the house, fixing fences, feeding chickens, dogs, horses, whatever was needed.

Secondly, we instructed him to focus on completing his online classes as quickly as possible. Bruno completed 3 of the 6 remaining online classes needed to graduate high school. The dates of completion were Jan 13, Jan 18 and Jan 26.

Additionally, we revoked our son's social media after the 6th. We told him no posting, but did not expressly say no dm's (private direct messages). We were wrong to assume that was implicitly understood by an 18 year old kid. We take responsibility for not being specific, and certainly regret that we weren't. Nonetheless, we do not give him a free pass. We are very upset about the direct messages! Yet despite the absurd content, and our disappointment in Bruno for saying those things, we truly believe it was idle talk; online persona posturing, parroting other online figures, that was never intended to be actionable. But we recognize the serious nature of saying those things.

Since he was arrested on February 5th, he has had a total paradigm shift and gained a fresh perspective on life. Among desperate sobs, says he hopes he gets a second chance and says he will never step foot in a jail again unless it is to counsel other prisoners.

He has turned completely away from any and all politics. He now has a renewed desire to be with family, to finish high school, to teach kids that one impulsive decision can ruin one's life, and to have gratitude for every little thing. His deepest longing is to be home with his parents to await the trial.

Bruno is broken and ashamed about his actions. He is not complaining. He is not angry. He has repeatedly expressed genuine compassion and concern for the other inmates, thinking about others above himself. He has learned an incredibly painful lesson. This is not a kid that will risk being returned to detention to await trial by violating his bond conditions.

You see, Your Honor, Bruno is 18 going on 15, a young 18 if you will. Unlike many other boys his age, he still loves being at home with his family, spends much of his time outdoors, he has never smoked a cigarette, a vape, had a sip of alcohol, done a single drug or cuss. He spends his time doing handyman and yard jobs, working on his truck, helping friends with their trucks, building treehouses, and doing fun projects with his many middle school boy "fans" such as transporting fish and restocking neighborhood ponds. He has no prior record to date, no speeding tickets, and one citation for honking his air horn, which we went to pay the day he was arrested. After the arrest at the courthouse, I (his father) proceeded to pay the ticket, (Bruno had given me the money for the ticket). Again, this is not a kid that will be released on bail only to do something that would risk his returning to jail.

As you are aware, pre-trial services in Atlanta recommended $15,000 signature bond with freedom of movement in the Northern District and few restrictions. Even so, we had already planned additional restrictions of our own: no smart phone, no access to the internet aside from his online classes/education, and of course, absolutely no social media. No ear tuned to rhetoric and misinformation, no

opportunity to mess up. We want to provide solid guardrails and ensure his success. We will confine him to his room if needed to make you comfortable with his release your honor. As a side note, Bruno, himself expressed unsolicited, that he does not even want a smart phone and definitely no social media. Additionally, we plan to have Bruno, and our family see a counselor who can help us navigate this difficult time in our lives and help us heal, restore our family, and move forward.

We have been married 21 years, and have lived in our community 14 years. Prior to the pandemic, I worked for the same company for 21 years. We will provide a stable, well controlled environment and strictly enforce the court's conditions. We take very seriously our role as custodians, which clearly has implications beyond a parental one. We understand the custodians must bring him back to DC for the next steps in the legal proceedings of this case, and to immediately call law enforcement should he violate any part of the bail conditions. Without hesitation we accept those responsibilities and promise to uphold them to the letter.

We realize in the eyes of the law he is considered an adult, but we hope you know in your heart your honor, he is a teenager, barely past juvenile status, still a kid, and will take this into consideration. As his parents, we are deeply concerned about his age, safety, covid exposure, emotional and physical well-being in a detention facility. We will diligently and rigidly enforce any and all bond conditions your honor deems necessary in order to release him to us. With utmost respect, we implore the court to allow our son's release to the safety of his home, to await trial.

With respect and gratitude for your consideration,

Joseph Cua
Alise Cua, DVM