Exhibit 2

# Certificate of Completion

## Bruno Cua

Has successfully completed 29 course hours in the following subject:

## Math 101: College Algebra

January 13th 2021
**DATE OF COMPLETION**



CERTIFICATE VERIFICATION: 36b23c16-d8fa-444b-ac99-b1e5dd90c34c

# Certificate of Completion

## Bruno Cua

Has successfully completed 39 course hours in the following subject:

## Government 101: Intro to Government

January 18th 2021
**DATE OF COMPLETION**



CERTIFICATE VERIFICATION: c8208a4b-b508-4e84-a296-7a409724347c

# Certificate of Completion

## Bruno Cua

Has successfully completed 27 course hours in the following subject:

## Intro to Marketing

**January 26th 2021**

**DATE OF COMPLETION**



CERTIFICATE VERIFICATION: 290e336e-99c7-46ff-9a84-223ad74e21a5