IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIM NO. 21–cr–00107-RDM |
| ) | |
| BRUNO JOSEPH CUA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SUPPLEMENTAL INFORMATION

Defendant Bruno Joesph Cua, by and through his attorneys, hereby provides this Court with an additional letter in support of Mr. Cua in relation to his detention hearing on March 3, 2021. Exhibit 1 to this notice is a letter from Mr. Cua's friend, Hayden Stone, regarding his visit with the Cua family during the holidays from December 27, 2020, to January 4, 2021.

Respectfully submitted,

DATED: March 2, 2021

*/s/ William E. Zapf*
William E. Zapf (D.C. Bar No. 987213)
Jonathan Jeffress (D.C. Bar No. 479074)
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034
wzapf@kaiserdillon.com
jjeffress@kaiserdillon.com

*Attorneys for Bruno Joseph Cua*