# Exhibit 1

February 22, 2021

Hayden Stone
2295 Greenview Cove Dr
Wellington, Florida, 33414
678-526-3364
haydendavisstone@gmail.com

To whom it may concern,

I have known Bruno Cua since I was a kid. He is a close friend that I grew up with and spent most of my childhood with. The week preceding the events at the capitol, I was visiting Bruno and his family on holiday. This was from December 27th to January 4th, 2021.

During this time, I was with Bruno every day. We spent most days fishing, hunting and mostly doing recreational activities. We would also go out to eat and meet with friends and on some days, we worked on a project to build a roof rack for Bruno's truck. The discussion and conversations over these days was never politically focused and Bruno never said anything about the capitol to me. There was only one time when a rally was partly mentioned. Bruno had told his mom that Trump was tweeting about a rally in DC and that they needed to be there. At the time I was unaware of what this event was and there was no mention of it afterwards.

On one day of the week, I went with Bruno and his family to look at a property that they were planning to buy. The car ride was an hour there and back and we spent an hour or two at the property. The whole time I was with Bruno and his family, walking around the property, talking, and going out to eat thereafter. The conversation was never politically focused, and no mention of the capitol was made, there was mostly just catching up and discussion on what they would do with the new property.

Bruno's focus that week was never even related to the rally. He spent the week just planning what to do for fun the next day and completing the roof rack project for his truck. I know that Bruno and his family were Trump supporters and I believe that they were there only to support him. There was never some great conspiracy against the government, only two guys trying to figure how to enjoy their week.

It is my hope that you take my words into consideration and I thank you for your time.

Sincerely,

Hayden Stone