# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIM NO. 21–cr–00107-RDM |
| ) | |
| BRUNO JOSEPH CUA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## FOURTH NOTICE OF SUPPLEMENTAL INFORMATION

Defendant Bruno Joseph Cua, by and through his attorneys, hereby provides this Court with supplemental information in support of his motion for revocation of detention. Enclosed herewith is a letter to the Court from Mr. Cua. Mr. Cua wrote this letter on his own accord and sent it to his parents, requesting that it be filed. His parents, in turn, sent it to counsel.

Respectfully submitted,

DATED: March 4, 2021

*/s/ William E. Zapf*
William E. Zapf (D.C. Bar No. 987213)
Jonathan Jeffress (D.C. Bar No. 479074)
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034
wzapf@kaiserdillon.com
jjeffress@kaiserdillon.com

*Attorneys for Bruno Joseph Cua*