Your Honor, I understand that you are concerned that I may be a danger, that I may act upon things I said. Given how innaproprite my social media activity was, I truly understand your worries, and I appreciate you taking time to really consider the options. I would like to strongly assure you that I am not a danger to anyone, and I will absolutely never act on what I said. I have yearned to speak with you, to truthfully apoligize and show you my forever changed heart. I will never be the same person, jail has had its full effect me, I am completely humbled , deeply remoursefull and regretful!. After all, thats what jail is for right? Teaching people a lesson? Lesson fully received, your Honor. My posts were foolish , unnessacary, and untrue, thats not who I am or ever want to be, I have completely comprehended a very painful! Lesson over the last month in jail, including over two weeks in isolation . I have completely lost those aggressive feelings and moved on from the entire politcal idea. I was wrong.If you find it in your heart to to release me, I will dillegently abide by any and all conditions the court places on me. All I ask is that you please allow me to be reunited with my loving family so we can figure out the next steps before I stand trial. I promise I will not step one foot out of line, I miss my family more than anything in the world, I have never been away from them like this. I also would like you to know that these are my own words from the heart. I have not consulted with my anyone on what I should say, its simply the complete and honest truth. I just want to go home to my Mom and Dad, I am truly sorry. Thank you for your time and for considering my words, your Honor. - Bruno Cua