# Exhibit 1

To The Honorable Judge Moss,

The purpose of this letter is to show our intent to be the legal guardians for Bruno Cua as he awaits trial if his parents are not granted custody of his care.

██████████████████████ have lived in Milton, Georgia for seventeen years and raised ████████
████████████████████████████████████████████████████████████████. We would provide a strong support structure and a safe, secure environment as Bruno Cua awaits his trial.

We do not take this responsibility lightly. We also know that Bruno Cua is a young person who made some impulsive decisions resulting in a tremendous amount of sorrow and consequences. Yet, he has always shown himself to be a person of integrity, character, and reliability as we have seen him grow, and it would be our privilege to care for him in this season of his life. We guarantee our guardianship will be secure and confidential.

Thank you for your consideration.


With utmost respect,

████████████