# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 21-CR-107 (RDM) |
| : | |
| BRUNO JOSEPH CUA, : | |
| Defendant. : | |

## SUPPLEMENT TO GOVERNMENT'S OPPOSITION
## TO DEFENDANT'S EMERGENCY MOTION FOR
## PRE-TRIAL RELEASE

The government now submits the attached redacted exhibit of Instagram messages as a part of the record in this case. This exhibit was referenced in the hearing in the Northern District of Georgia on the government's motion for detention, and this Court requested the same from the government in the hearing in the District of Columbia. An unredacted copy of the attached exhibit has been provided to the Court and to defense in this matter.

An analysis of the factors under 18 U.S.C. § 3142(g) demonstrates that the Defendant should remain detained pending trial. As a result, the government respectfully opposes the defendant's motion for pre-trial release.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES
ATTORNEY

\_\_\_/s/_____

KIMBERLY L. PASCHALL
Assistant United States Attorney
D.C. Bar 1015665
U.S. Attorney's Office
555 4th Street, N.W., Room 4116

Washington, D.C. 20530
202-252-2650
Kimberly.Paschall@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing opposition to the motion for release has been served upon defense counsel, Jon Jeffress and William Zapf, by email and ECF/PACER notification, on this day, March 09, 2021.

/s/
KIMBERLY L. PASCHALL
Assistant United States Attorney