| | |
|---|---|
| Id | 18144128794127789 |
| Date Created | 2021-01-06 23:01:48 UTC |
| Text | @j▮▮▮▮▮▮ that's the truth, believe what you want I WAS FJERE |
| Media Content: Id | 2480948545860340374 |
| Media Owner | Bruno Cua us (25004858189) |
| Id | 17943811531423152 |
| Date Created | 2021-01-06 23:03:30 UTC |
| Text | @▮▮▮▮▮ It's patriots who WERENT THERE assuming that it was antifa. I assure you it was not antifa, it was millions of pissed off patriots willing to die for their president and their country |
| Media Content: Id | 2480948545860340374 |
| Media Owner | Bruno Cua us (25004858189) |
| Id | 17950046686405948 |
| Date Created | 2021-01-06 23:01:08 UTC |
| Text | @▮▮▮▮▮▮▮▮▮▮ it wasn't antifia, we beat antifa and took their weapons |
| Id | 17878748822029379 |
| Date Created | 2021-01-06 22:18:41 UTC |
| Text | **We stormed the building my friend...we stormed INTO THE HOUSE** |
| Media Content Id | ▮▮▮▮▮▮▮▮ |
| Media Owner | ▮▮▮▮▮▮▮▮▮▮▮ |
| Id | 17867041586304269 |
| Date Created | 2021-01-07 17:27:15 UTC |
| Text | **Exactly, this was a constitutionally protected right. We did not attack the citizens, we attacked the corrupt government. Consider this the beginning of the second Revolution.** |
| Media Content Id | ▮▮▮▮▮▮▮▮ |
| Media Owner | ▮▮▮▮▮▮▮▮▮▮▮ |
| Id | 17900819515694048 |
| Date Created | 2021-01-08 02:46:17 UTC |
| Text | @▮▮▮▮▮▮ **Maybe so, even against us there are so many of us and we are armed.** |
| Media Content Id | 2481728012958306370 |
| Media Owner | Bruno Cua us (25004858189) |
| Id | 17867790659277701 |
| Date Created | 2021-01-08 02:41:03 UTC |
| Text | @▮▮▮▮▮▮ **I agree with most of what you say, we absolutely need to win the information war. the national guard and military wouldn't be against us in. Real war. They are to protect us not harm. There were more people in DC yesterday then the entire US military. Either way, 80,000,000 heavily armed patriots via 2nd amendment are one hell of a match for any law enforcement deployed on us. Together we can easily overthrow tyranny** |
| Media Content Id | 2481728012958306370 |
| Media Owner | Bruno Cua us (25004858189) |

| | |
|---|---|
| Id | 17879063857946581 |
| Date Created | 2020-12-12 14:50:45 UTC |
| Text | **Peaceful protests aren't working. It's time to fight.** |
| Media Content Id | ▉▉▉▉▉▉▉▉ |
| Media Owner | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |

| | |
|---|---|
| Id | 17859504446373509 |
| Date Created | 2021-01-06 01:31:47 UTC |
| Text | **If they start throwing bricks then we will start throwing bricks, much harder ⍰ ♂⍰** |
| Media Content Id | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| Media Owner | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| Id | 18136222405135280 |
| Date Created | 2021-01-06 01:39:12 UTC |
| Text | **Thank God, time to get aggressive** |
| Media Content Id | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| Media Owner | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |

| | |
|---|---|
| Id | 17854758710483874 |
| Date Created | 2021-01-06 22:21:26 UTC |
| Text | **HELL NO IT WASNT ANTIFA! It was patriots and we stormed in. WE ARE FIGHTING** |
| Media Content Id | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| Media Owner | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |

| | |
|---|---|
| Id | 17943612820427155 |
| Date Created | 2021-01-07 22:05:33 UTC |
| Text | **Couldn't agree with you more. Thanks for not being a loser Republican preaching "1776" then acting shocked when it actually happens** |
| Media Content Id | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| Media Owner | ▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉ |

| | |
|---|---|
| Id | 17933852911443909 |
| Date Created | 2020-12-23 22:30:31 UTC |
| Text | **Yes, wether it's through a congressional vote or the insurrection act, he will win. If he doesn't, it's freaking war. Starting January 6th. War against communism. Live free or die.** |
| Media Content Id | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| Media Owner | ▉▉▉▉▉▉▉▉▉▉▉▉ |

| | |
|---|---|
| Id | 17893400350786100 |
| Date Created | 2021-01-06 22:24:04 UTC |
| Text | **It's not wrong, we warned them peacefully at the million Maga March Nov 14th. THEY DIDNT LISTEN!** |
| Media Content Id | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| Media Owner | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |

| | |
|---|---|
| Id | 17940040447429491 |
| Date Created | 2020-12-30 03:52:54 UTC |
| Text | **AN ARMY IS COMING TO DC** |
| Media Content Id | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| Media Owner | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |

Id 17874712745082628
Date Created 2020-12-20 13:47:49 UTC
Text @oscarinmiami9 that's the spirit then let's overthrow 90% of the government
Media Content Id 2468115798825457922
Media Owner Bruno Cua us (25004858189)

Id 17851726985478008
Date Created 2021-01-08 01:15:21 UTC
Text Overthrowing a tyrannical government is protected by our second amendment. The right did not attack small business and kill civilians. They went straight if to the source of tyranny. We tried Lawsuits, phone calls, peaceful protests, every thing possible but the government and SCOTUS completely ignored a clearly fraudulent election. Violence is the last resort, but still a resort. Our country was founded because of political violence. They called our founding fathers traitors. You can only push us so far before we snap
Media Content Id
Media Owner

Id 17916769453547997
Date Created 2021-01-08 01:39:14 UTC
Text @freed_diesel Nah dude we need a REVOLUTIONARY war. The people vs the government not the people vs the people
Media Content Id
Media Owner

Id 17889347689849102
Date Created 2021-01-07 06:14:06 UTC
Text        I'm 10 seconds in, and the first thing you say is if you engage in political violence you are against the constitution. We have a second amending incase the first amendment doesn't work, so no, we are within our constitutional rights to defend ourselves against a tyrannical government.
Media Content Id
Media Owner

Id 17892080986845392
Date Created 2021-01-08 01:07:29 UTC
Text Hold up, political violence isn't following the constitution? *second amendment has entered the chat"
Media Content Id
Media Owner

Id 17873774657106412
Date Created 2021-01-05 13:32:22 UTC
Text Okay "Kurt", we're ready ▯
Media Content Id
Media Owner
Id 17895813262746092

Id 17885180140963189
Date Created 2021-01-08 17:23:23 UTC
Text Bring it, 250,000 ain't no match for millions of pissed off and armed patriots
Media Content Id
Media Owner

| |
|---|
| Author bruno_cua1776 (Instagram: 25004858189) |
| Sent 2020-12-23 01:22:47 UTC |
| Body: **I don't know, I really don't know anything all I know is I'm gonna love free or die whatever it takes** |
| Author bruno_cua1776 (Instagram: 25004858189) |
| Sent 2020-12-23 01:27:49 UTC |
| Body: **Scary times for sure, this is our 1776. I just hope everyone will stand up when it really counts** |
| Author bruno_cua1776 (Instagram: 25004858189) |
| Sent 2021-01-10 22:26:58 UTC |
| Body: 👥 **keep fighting us And like trump says, NEVER give up** |
| Author [redacted] |
| Sent 2021-01-06 14:12:11 UTC |
| Body: **My dad says we should go into congress with an M16 and kill all of em** |
| Author [redacted] |
| Sent 2021-01-07 02:00:45 UTC |
| Body: **I don't understand why Trump wants us to back down, we should be running in there with guns a blazing all over congress. That's what our founding fathers would have done.** |
| Author [redacted] |
| Sent 2021-01-07 18:10:29 UTC |
| Body: **That's what I was thinking, we need to march back in there and shoot ever single person in the da gum capital unless the surrender.** |
| Author bruno_cua1776 (Instagram: 25004858189) |
| Sent 2021-01-07 18:13:16 UTC |
| Body: **I don't think he wants us to back down** |
| Author bruno_cua1776 (Instagram: 25004858189) |
| Sent 2021-01-07 18:13:32 UTC |
| Body: **He has to call for peace but he also said "this is what happens when you steal an election"** |

Author bruno_cua1776 (Instagram: 25004858189)
Sent 2020-12-22 19:22:18 UTC
Body: **You going Jan 6th?**
Author
Sent 2020-12-22 19:32:36 UTC
Body: **Idk it's a Wednesday and I have work**
Author bruno_cua1776 (Instagram: 25004858189)
Sent 2020-12-22 19:33:15 UTC
Body: **Yeah but this could possibly be one of the most important days in American history**
Author
Sent 2020-12-22 19:54:02 UTC
Body: **You think it's gonna change anything? There's gonna be a civil war regardless**
Author bruno_cua1776 (Instagram: 25004858189)
Sent 2020-12-22 19:54:21 UTC
Body: **Yeah I do because we can storm the freaking senate/house**
Author bruno_cua1776 (Instagram: 25004858189)
Sent 2020-12-22 19:54:32 UTC
Body:**That's what I've been saying**
Author bruno_cua1776 (Instagram: 25004858189)
Sent 2020-12-22 19:54:39 UTC
Body: **That's why I keep saying to bring guns**
Author bruno_cua1776 (Instagram: 25004858189)
Sent 2020-12-22 19:54:55 UTC
Body: **Holding signs is useless**
Author
Sent 2020-12-22 19:55:04 UTC
Body: **Exactly. No one listens**
Author bruno_cua1776 (Instagram: 25004858189)
Sent 2021-01-06 23:45:19 UTC
Body **IT WASNT ANTIFA**
Author
Sent 2021-01-06 23:45:41 UTC
Body **Who was it**
Author bruno_cua1776 (Instagram: 25004858189)
Sent 2021-01-06 23:46:02 UTC
Body **2,000,000+ pissed off patriots**
Author bruno_cua1776 (Instagram: 25004858189)
Sent 2020-12-13 02:50:28 UTC
Body **I think there's going to be a war, could be a civil war or WWIII**
Author bruno_cua1776 (Instagram: 25004858189)
Sent 2020-12-13 02:50:35 UTC
Body **This is how wars start**
Author bruno_cua1776 (Instagram: 25004858189)
Sent 2020-12-13 02:50:37 UTC
Body **Tensions build**

| | |
|---|---|
| Author | ▓▓▓▓▓▓▓▓▓▓ |
| Sent | 2021-01-06 20:34:34 UTC |
| Body | **Im not sure if you're at the Capitol, or near that area but all prayers going out for your safety** <br> **Be careful out there** <br> **I can't believe this happened** |
| Author | bruno_cua1776 (Instagram: 25004858189) |
| Sent | 2021-01-06 22:46:19 UTC |
| Body | **I'm out, and it's a good thing** |
| Author | bruno_cua1776 (Instagram: 25004858189) |
| Sent | 2021-01-06 22:46:26 UTC |
| Body | **We are taking our country back by force** |
| Author | ▓▓▓▓▓▓▓▓▓▓ |
| Sent | 2021-01-07 01:53:47 UTC |
| Body | **You know if trump really doesn't get in because of the traitors all I can say is he exposed the swamp** |
| Author | bruno_cua1776 (Instagram: 25004858189) |
| Sent | 2021-01-07 01:54:05 UTC |
| Body | **If Trump doesn't get Im we will be back in DC for a blood bath** |
| Author | ▓▓▓▓▓▓▓▓▓▓ |
| Sent | 2020-12-14 04:33:05 UTC |
| Body | **I can't find the video. They must have sensored it but I heard Justin Trudeau say it on video back in the early election days. It might have been prior to the election. Don't worry to much over there in Georgia, Cali is going to be the battle ground. That's why they have troops in Las Vagus. Wish us luck!** |
| Author | bruno_cua1776 (Instagram: 25004858189) |
| Sent | 2020-12-14 04:33:53 UTC |
| Body | **I don't want to sit here in GA and watch I want to fight** ☹ |
| Author | ▓▓▓▓▓▓▓▓▓▓ |
| Sent | 2020-12-14 04:36:01 UTC |
| Body | **I get it!!! I'd say the best chance you got is joining the militia. Beside that our military Intel are telling us to speed the word that they've got this and for civilians not to get involved.** |

Author
Sent 2021-01-05 05:17:38 UTC
Body **Safe travels & keep us updated on the caravan! So wish I could be there**
Author
Sent 2021-01-05 16:07:32 UTC
Body **What!?! &&& they arrested the leader of the proud boys the moment he touched down in dc**
Author bruno_cua1776 (Instagram: 25004858189)
Sent 2021-01-05 18:49:13 UTC
Body **Yeah it's unbelievable**
Author
Sent 2021-01-06 20:05:16 UTC
Body **Are you at the capital?? This is insane!**
Author bruno_cua1776 (Instagram: 25004858189)
Sent 2021-01-06 22:11:19 UTC
Body **Yes** Author
bruno_cua1776 (Instagram: 25004858189)
Sent 2021-01-06 22:11:29 UTC
Body **We made them wish they were in hell**
Author
Sent 2021-01-06 22:13:56 UTC
Body **Is it true antifa/blm started it?**
Author bruno_cua1776 (Instagram: 25004858189)
Sent 2021-01-06 22:14:08 UTC
Body **No**
Author bruno_cua1776 (Instagram: 25004858189)
Sent 2021-01-06 22:14:11 UTC
Body **We whipped them tho**
Author
Sent 2021-01-06 22:23:02 UTC
Body **So they did try to blend in with supporters!? Damn. Everyone is saying we're the domestic terrorists now** ⍰
Author bruno_cua1776 (Instagram: 25004858189)
Sent 2021-01-06 22:38:46 UTC
Body **Say what they want**
Author bruno_cua1776 (Instagram: 25004858189)
Sent 2021-01-06 22:39:05 UTC
Body **We didn't attack the American people we attacked the swamp rats**
Author
Sent 2020-12-30 05:10:13 UTC
Body **You going to dc on the 6th?**
Author bruno_cua1776 (Instagram: 25004858189)
Sent 2020-12-30 05:10:13 UTC
Body **Yup, keeps me from gaining any more followers**

| | |
|---|---|
| Author | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| Sent | 2020-12-30 05:11:04 UTC |
| Body | **Keep up the good work dude!!! We'll get this election overturned soon🙌🙌🙌🙌🇺🇸🇺🇸** |
| Author | bruno_cua1776 (Instagram: 25004858189) |
| Sent | 2020-12-30 05:11:39 UTC |
| Body | **Preciate it, will do! And we don't have anything to overturn, we won! Just have to take back what's ours 🇺🇸** |
| Author | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| Sent | 2020-12-30 05:12:10 UTC |
| Body | **Ayyye! That's right!!! Thank you for correcting me! You're exactly right!!!🇺🇸🇺🇸🇺🇸🇺🇸MAGA** |

| | |
|---|---|
| Author | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| Sent | 2021-01-06 22:51:07 UTC |
| Body | **As much as I'm furious about this election and we should stand up for what we believe in, violence is never the answer to anything, but you are right in that this helped our voices be heard, I just think there was better ways to go about it.** |
| Author | bruno_cua1776 (Instagram: 25004858189) |
| Sent | 2021-01-06 22:51:28 UTC |
| Body | **HOW?? DID WE ASK FOR FREEDOM IN 1776? Did we hold signs?** |
| Author | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| Sent | 2021-01-06 22:53:58 UTC |
| Body | **We stopped them from possibly changing the result in Congress, it's only gonna delay it** |
| Author | bruno_cua1776 (Instagram: 25004858189) |
| Sent | 2021-01-06 22:54:34 UTC |
| Body | **If we don't fight now we won't get a chance. It's not or never** |
| Author | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| Sent | 2021-01-06 23:17:36 UTC |
| Body | **Even the president is speaking against it, people died dude** |
| Author | bruno_cua1776 (Instagram: 25004858189) |
| Sent | 2021-01-06 23:28:10 UTC |
| Body | **One person was shot by police** |

| | |
|---|---|
| Author | bruno_cua1776 (Instagram: 25004858189) |
| Sent | 2021-01-06 23:29:23 UTC  **Not really speaking against it. ▇▇▇ if you want to keep positing on your Instagram story until the swamp rats listen, go ahead, but I'm gonna fight like our founding fathers did. PEACEFUL PROTESTS DIDNT WORK** |

| | |
|---|---|
| Author | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Sent | 2021-01-07 18:12:05 UTC |
| Body | **tbh cops should have joined in** |
| Author | bruno_cua1776 (Instagram: 25004858189) |
| Sent | 2021-01-07 18:12:17 UTC |
| Body | **That's what I freaking told them** |
| Author | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Sent | 2021-01-07 18:12:17 UTC |
| Body | **we are literally fighting fo rthem** |
| Author | bruno_cua1776 (Instagram: 25004858189) |
| Sent | 2021-01-07 18:12:26 UTC |
| Body | **One cop was about to cry** |
| Author | bruno_cua1776 (Instagram: 25004858189) |
| Sent | 2021-01-07 18:12:36 UTC |
| Body | **We were screaming at them to join us** |
| Author | bruno_cua1776 (Instagram: 25004858189) |
| Sent | 2021-01-08 01:23:41 UTC |
| Body | **Trump or not, our fight against the government is far from ove**r |
| Author | bruno_cua1776 (Instagram: 25004858189) |
| Sent | 2021-01-08 01:24:13 UTC |
| Body | **I would lay down my life for him but I'm gonna keep fighting** |
| Author | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Sent | 2021-01-09 03:52:51 UTC |
| Body | **I want a civil war at this point** |
| Author | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Sent | 2021-01-09 03:53:06 UTC |
| Body | **Oh wait prob shouldn't say that they are probably looking at our dms** |
| Author | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Sent | 2021-01-09 03:53:23 UTC |
| Body | **nvm idc if your looking at this you liberal bastard FUCK YPU** |
| Author | bruno_cua1776 (Instagram: 25004858189) |
| Sent | 2021-01-09 15:34:22 UTC |
| Body | **Idc either I want a bloody war I'm ready to start shooting and I'm ready to die before I watch America crash and burn** |
| Author | bruno_cua1776 (Instagram: 25004858189) |
| Sent | 2021-01-09 15:34:27 UTC |
| Body | **I'll be on the front lines** |
| Author | bruno_cua1776 (Instagram: 25004858189) |
| Sent | 2021-01-09 15:34:43 UTC |
| Body | **I want to lock the swamp rat tyrants in the capital and burn the place to the ground** |

| | |
|---|---|
| Author | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Sent 2021-01-11 03:33:43 UTC | |
| Body **Deleted my Twitter** | |
| Author bruno_cua1776 (Instagram: 25004858189) | |
| Sent 2021-01-11 03:33:53 UTC | |
| Body **Me too, deactivated my account** | |
| Author bruno_cua1776 (Instagram: 25004858189) | |
| Sent 2021-01-05 04:39:54 UTC | |
| Body **I've also gotten a ticket for "noise violation" because of some liberals gosh didn't like the flag** | |
| Author bruno_cua1776 (Instagram: 25004858189) | |
| Sent 2021-01-06 00:37:23 UTC | |
| Body **Also, I'm not driving anymore my dad is so Im not busy, Even if I am though I always try to get back to everyone in my Dm's !** | |
| Author bruno_cua1776 (Instagram: 25004858189) | |
| Sent 2021-01-11 04:33:37 UTC | |
| Body **I called my cousin in DC he confirmed military is everywhere** | |
| Author ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| Sent 2021-01-06 23:07:56 UTC | |
| Body **?** | |
| Author ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| Sent 2021-01-08 03:22:50 UTC | |
| Body **This you?** | |
| Author ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| Sent 2021-01-05 04:41:11 UTC | |
| Body **Give em hell in dc!** | |
| Author bruno_cua1776 (Instagram: 25004858189) | |
| Sent 2021-01-05 04:45:21 UTC | |
| Body **YOU KNOW IT! I meant to wait till tmr to respond dangit** 😂 | |
| Author ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| Sent 2021-01-06 20:02:33 UTC | |
| Body **I storming the capitol rn?** | |
| Author ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| Sent 2021-01-06 20:02:39 UTC | |
| Body **You*** | |
| Author bruno_cua1776 (Instagram: 25004858189) | |
| Sent 2021-01-06 22:11:36 UTC | |
| Body **Yes** | |
| Author bruno_cua1776 (Instagram: 25004858189) | |
| Sent 2021-01-06 22:11:42 UTC | |
| Body **I did** | |
| Author ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| Sent 2020-12-22 15:04:43 UTC | |
| Body **Show up Jan 6. Keep your head up. This is the time to persevere** | |
| Author bruno_cua1776 (Instagram: 25004858189) | |
| Sent 2020-12-22 15:04:54 UTC | |
| Body **I wouldn't miss it!** | |

| |
|---|
| Author bruno_cua1776 (Instagram: 25004858189) <br> Sent 2021-01-08 02:37:17 UTC <br> Body **Just so you know, I'm not meaning to sound rude, hard to have tones over text.** <br> **Never ever? So do you condemn the revolutionary war? Do you disagree with the 2nd amendment? This country was founded because of political violence, they overthrow the tyrannical government and won their freedom. Without violence, you wouldn't be in this great country. I hope it will become clear to you what's at stake, socialism under a Biden administration will drive this country into the ground.** <br> **But let's agree to disagree. No hard feelings, goodnight. Yeah hopefully we will see you guys soon it's been awhile with everything going on** |
| Author bruno_cua1776 (Instagram: 25004858189) <br> Sent 2021-01-07 17:51:52 UTC <br> Body **I feel you, our entire government is tyrannical. They will never get better by themselves. We need a Revolution** |
| Author ███████████████████ <br> Sent 2021-01-04 18:12:14 UTC <br> Body **Are you going tonight?** <br> Author bruno_cua1776 (Instagram: 25004858189) <br> Sent 2021-01-04 23:38:00 UTC <br> Body **Nah I gotta drive 10 hours to DC tomorrow** |
| Author ███████████████████ <br> Sent 2020-12-20 14:34:02 UTC <br> Body **I'm with you 100%. If they deny Trump we have to get violent/destructive. They fear antifa because they are willing to fight. We better be when it actually counts imo** usus <br> Author bruno_cua1776 (Instagram: 25004858189) <br> Sent 2020-12-20 15:03:36 UTC <br> Body **Yup, I think we're getting there** |
| Author ███████████████████ <br> Sent 2021-01-06 23:39:04 UTC <br> Body **Fax, , these cuckservatives will talk about taking The moral high ground while we are in breadlines , this is a WAR on our rights** <br> Author bruno_cua1776 (Instagram: 25004858189) Sent 2021-01-07 00:36:50 UTC <br> Body **YES IT WAS** |
| Author bruno_cua1776 (Instagram: 25004858189) <br> Sent 2021-01-06 23:00:12 UTC <br> Body **I will, don't want anything in writing right now** <br> Author bruno_cua1776 (Instagram: 25004858189) <br> Sent 2021-01-06 23:00:18 UTC <br> Body **Need to let stuff simmer down** |

| | |
|---|---|
| Author ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| Sent 2021-01-06 22:53:40 UTC | |
| Body **YOUR AMAZING** | |
| Author ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| Sent 2021-01-06 22:54:08 UTC | |
| Body **IM GLAD YOU DID, AND I WISH I COULD BE THERE WITH YALL** | |
| Author bruno_cua1776 (Instagram: 25004858189) | |
| Sent 2021-01-06 23:00:36 UTC | |
| Body **We fought like hell brother** | |
| Author ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| Sent 2021-01-04 17:58:09 UTC | |
| Body **I hope you and your family are going Bruno! Be LOUD for us who can't make it!** ususus Author | |
| bruno_cua1776 (Instagram: 25004858189) | |
| Sent 2021-01-04 18:02:56 UTC | |
| Body **Yes my parents and I are going!** | |
| Author bruno_cua (Instagram: 4100690135) | |
| Sent 2020-11-09 01:09:32 UTC | |
| Body **I'm trying to find an AR to buy under the table. Know anybody?** | |
| Author ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| Sent 2020-11-09 01:09:38 UTC | |
| Body **Lollll** | |
| Author ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| Sent 2020-11-09 01:09:41 UTC | |
| Body **Arms list** | |
| Author ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| Sent 2020-11-09 01:10:03 UTC | |
| Body **Classified ga gun sales** | |
| Author bruno_cua (Instagram: 4100690135) | |
| Sent 2020-11-09 01:10:30 UTC | |
| Body **First thing it says is you gotta be 21...but you gotta be 18 to buy a rifle soooo** | |
| Author ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| Sent 2020-11-09 01:10:34 UTC | |
| Body **Or local gun shows** | |
| Author bruno_cua (Instagram: | |

| |
|---|
| Author bruno_cua1776 (Instagram: 25004858189) |
| Sent 2021-01-10 16:07:23 UTC |
| Body **A war** |
| Author bruno_cua1776 (Instagram: 25004858189) |
| Sent 2021-01-10 16:07:30 UTC |
| Body **This is how wars happen** |
| Author ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Sent 2021-01-10 16:07:44 UTC |
| Body **Between ?** |
| Author bruno_cua1776 (Instagram: 25004858189) |
| Sent 2021-01-10 16:08:19 UTC |
| Body **The people and the government. Maybe we have to fight the liberals too I don't know** |
| Author bruno_cua1776 (Instagram: 25004858189) |
| Sent 2021-01-10 16:08:33 UTC |
| Body **The capital was the beginning of the revolution I think** |
| Author ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Sent 2020-11-04 04:41:31 UTC |
| Body **What about a civil war** |
| Author ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Sent 2020-11-04 04:41:59 UTC |
| Body **To much money. We can just use bruno flag money for a bomb** |