UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**BRUNO JOSEPH CUA** | Criminal Action No. 21-2017 (RDM) |

### NOTICE OF FILING OF DECLARATION OF THIRD-PARTY CUSTODIAN

Bruno Joseph Cua, through undersigned counsel, hereby submits the following notice of filing of a declaration from his third-party custodian. Pursuant to this Court's Memorandum Opinion and Order (ECF No. 25), Mr. Cua attaches to this notice a declaration of third-party custodian Dr. Alise Cua attesting that Mr. Cua has complied with the conditions of pre-trial release imposed by this Court for the period March 16 through 22, 2021.

Respectfully submitted,

DATED:  March 22, 2021

*/s/ William E. Zapf*
Jonathan Jeffress (D.C. Bar No. 479074)
William E. Zapf (D.C. Bar No. 987213)
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034
jjeffress@kaiserdillon.com
wzapf@kaiserdillon.com

*Attorneys for Bruno Joseph Cua*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March 2021, I filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system, which system I understand has provided electronic notice counsel of record.

Dated:  March 22, 2021                                              */s/ William E. Zapf*
                                                                                    William E. Zapf