**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> BRUNO JOSEPH CUA, <br><br> *Defendant.* | Criminal Action No. 21-107 (RDM) |

## <u>DECLARATION OF DR. ALISE CUA</u>

Under 28 U.S.C. § 1746, I, Dr. Alise Cua, state the following:

1. I am the third-party custodian for Mr. Bruno Joseph Cua.  By order of the Court, Mr. Cua is confined to my home in Fulton County, Georgia.

2. From the period of _3/29_, 2021 to _4/5_, 2021, I attest that Bruno Joseph Cua has fully complied with each and every condition of his pre-trial release.

3. I attest that if I become aware or have reason to believe that Bruno Joseph Cua has violated or will violate any conditions of his release, I will immediately report this information to the Pretrial Services Agency at (202) 442-1000.

I so declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: _April 5th_, 2021

_____
Dr. Alise Cua