# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

<table>
<tr><td>

**UNITED STATES OF AMERICA**

**v.**

**BRUNO JOSEPH CUA**

</td><td>

**Criminal Action No. 21-00107 (RDM)**

</td></tr>
</table>

## NOTICE OF FILING OF DECLARATION OF THIRD-PARTY CUSTODIAN

Bruno Joseph Cua, through undersigned counsel, hereby submits the following notice of filing of a declaration from his third-party custodian. Pursuant to this Court's Memorandum Opinion and Order (ECF No. 25), Mr. Cua attaches to this notice a declaration of third-party custodian Dr. Alise Cua attesting that Mr. Cua has complied with the conditions of pre-trial release imposed by this Court for the period April 5 through 12, 2021.

Respectfully submitted,

DATED:  April 12, 2021

*/s/ William E. Zapf*
Jonathan Jeffress (D.C. Bar No. 479074)
William E. Zapf (D.C. Bar No. 987213)
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034
jjeffress@kaiserdillon.com
wzapf@kaiserdillon.com

*Attorneys for Bruno Joseph Cua*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April 2021, I filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system, which system I understand has provided electronic notice counsel of record.


Dated:  April 12, 2021                                      */s/ William E. Zapf*

                                                                  William E. Zapf