# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BURNO JOSEPH CUA,<br><br>*Defendant.* | Criminal Action No. 21-107 (RDM) |

### ORDER

This matter is before the Court on Defendant Bruno Joseph Cua's Motion to Clarify the Conditions of his Release. Dkt. 31. For the following reasons, the Court will **GRANT** in part and **DENY** in part Cua's motion.

In his motion, Cua first asks that the "Court's Order Setting Conditions of Release . . . [be] clarified to confirm that [] Cua is permitted to leave his home's property for employment purposes, subject to the other conditions of release specified therein and the supervision of the Pretrial Services Office." Dkt. 31-1 at 1. The Court will deny this request as moot. The Court's order already provides that Cua is "restricted to [his] residence at all times *except for employment*; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; *or other activities approved in advance by the pretrial services office or supervising officer*." Dkt. 25-1 at 3 (emphasis added). It is true that Cua is not obligated to adhere to Condition 7(b); but that Condition *requires* Cua to "continue or [to] actively seek employment," and thus has no relevance to Condition 7(p)(ii), which, instead, *permits* Cua to leave his house for employment-related matters. *Id.*

1

Cua also asks the Court to modify the terms of his release to clarify that Dr. Cua "is not required to remain with [Cua] during [any] work" that Cua engages in outside the home. Dkt. 31-1 at 1. The Court will grant this request, subject to the following: should Cua engage in any employment outside his home, he must be supervised by an adult who shall complete, sign, and provide to Cua's counsel Attachment A, attesting under penalty of perjury to Cua's compliance with the conditions of his pretrial release. Such attestations shall be filed by Cua's counsel with the Court within two days of the completion of each week during which Cua was employed by any such individual outside Cua's home.

## CONCLUSION

For the foregoing reasons, Defendant Bruno Joseph Cua's Motion to Clarify the Conditions of his Release, Dkt. 31, is **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that the Dr. Cua is not required to remain with Cua during any work that Cua engages in outside the home, to the extent that (1) Cua is supervised by an adult who shall complete, sign, and provide to Cua's counsel Attachment A, attesting under penalty of perjury to Cua's compliance with the conditions of his pretrial release; and (2) any such attestations shall be filed by Cua's counsel with the Court within two days of the completion of each week during which Cua was employed by any individual outside Cua's home.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: April 12, 2021