UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**BRUNO JOSEPH CUA** | Criminal Action No. 21-00107 (RDM) |

### NOTICE OF FILING OF DECLARATIONS OF THIRD-PARTY CUSTODIAN AND EMPLOYER

Bruno Joseph Cua, through undersigned counsel, hereby submits the following notice of the filing of declarations from his third-party custodian and from his employer for the week of April 19 through 26, 2021. Pursuant to this Court's March 10, 2021 Memorandum Opinion and Order (ECF No. 25) and April 12, 2021 Order (ECF No. 35), Mr. Cua attaches to this notice (1) a declaration of third-party custodian Dr. Alise Cua attesting that Mr. Cua has complied with the conditions of pre-trial release imposed by this Court for the period April 19 through 26, 2021, and (2) a declaration of Jeff Perkins attesting that Mr. Cua was engaged in employment under his direct supervision during the period April 19 through 21, and that, during that period, Mr. Cua complied with his conditions of pre-trial release.

Respectfully submitted,

DATED:  April 26, 2021

*/s/ William E. Zapf*
Jonathan Jeffress (D.C. Bar No. 479074)
William E. Zapf (D.C. Bar No. 987213)
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034
jjeffress@kaiserdillon.com
wzapf@kaiserdillon.com

*Attorneys for Bruno Joseph Cua*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April 2021, I filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system, which system I understand has provided electronic notice counsel of record.

Dated:  April 26, 2021                                                          */s/ William E. Zapf*

                                                                                                William E. Zapf