**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

Criminal Action No. 21-107 (RDM)

BRUNO JOSEPH CUA,

*Defendant.*

**DECLARATION OF** _____

Under 28 U.S.C. § 1746, I, Jeff Perkins state the following:

1. From the period of **4/19**, 2021 to **4/21**, 2021, I attest that Bruno Joseph Cua was engaging in employment under my direct supervision. I further attest that, during this period, Bruno Joseph Cua fully complied with each and every condition of his pre-trial release.

2. I attest that if I become aware or have reason to believe that Bruno Joseph Cua has violated or will violate any conditions of his release, I will immediately report this information to the Pretrial Services Agency at (202) 442-1000.

I so declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: _____**4/21**_____, 2021