# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRUNO JOSEPH CUA,<br><br>*Defendant.* | Criminal Action No. 21-107 (RDM) |

## DECLARATION OF _____

Under 28 U.S.C. § 1746, I, **JAMI TUCKER**, state the following:

1. From the period of **4/26**, 2021 to **4/26**, 2021, I attest that Bruno Joseph Cua was engaging in employment under my direct supervision. I further attest that, during this period, Bruno Joseph Cua fully complied with each and every condition of his pre-trial release.

2. I attest that if I become aware or have reason to believe that Bruno Joseph Cua has violated or will violate any conditions of his release, I will immediately report this information to the Pretrial Services Agency at (202) 442-1000.

I so declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: **4/26**, 2021

*[signature]*

2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRUNO JOSEPH CUA,<br><br>Defendant. | Criminal Action No. 21-107 (RDM) |

**DECLARATION OF** Cristell Perkins

Under 28 U.S.C. § 1746, I, Cristell Perkins state the following:

1. From the period of 4/28, 2021 to 4/29, 2021, I attest that Bruno Joseph Cua was engaging in employment under my direct supervision. I further attest that, during this period, Bruno Joseph Cua fully complied with each and every condition of his pre-trial release.

2. I attest that if I become aware or have reason to believe that Bruno Joseph Cua has violated or will violate any conditions of his release, I will immediately report this information to the Pretrial Services Agency at (202) 442-1000.

I so declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: 29 April, 2021

*Cristell Perkins*