

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

May 4, 2021

William Zapf
Counsel for Bruno Cua
wzapf@kaiserdillon.com

    Re:    *United States v. Bruno Cua*
              Case No. 21-cr-107 (RDM)

Dear Counsel:

    The government has made several productions to you via the USAfx platform and via FedEx for discovery in this case. Those productions are as follows:

PRODUCTION 1:

    On February 23, 2021, the government uploaded a zip file containing the Parler return for account PatriotBruno, and one spreadsheet with Parler subscriber information to USAfx. On March 2, 2021, the government uploaded one spreadsheet with Parler content to USAfx.

PRODUCTION 2:

    On March 3, 2021, the government uploaded two videos, seven still shots, and one Instagram return PDF to USAfx.

PRODUCTION 3:

    On March 17, 2021, the government uploaded five videos and 23 still shots to USAfx.

    Also on March 17, 2021, the government sent via FedEx a zip file of the Instagram return for account bruno_cua, a zip file of the Instagram return for account bruno_cua1776, and a zip file of the Parler return for account PatriotBruno.

PRODUCTION 4:

On April 29, 2021, the government uploaded a zip file containing footage from The New Yorker to USAfx.

PRODUCTION 5:

On May 4, 2021, the government uploaded four additional videos to USAfx.

PRODUCTION 6:

On May 4, 2021, the government uploaded the production that contains the materials as described in the attached index. The production begins with Bates-stamp CAP02_000000001 and ends with Bates-stamp CAP02_000004188.

Also on May 4, 2021, the government sent via FedEx the full reader report derived from the red Apple iPhone seized in this case on a 32 GB SD card.

All materials deemed "Sensitive" and "Highly Sensitive" should be treated in accordance with the Protective Order previously entered in this case. See ECF No. 14.

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

KIMBERLY L. PASCHALL
Assistant United States Attorney

Enclosure(s)