UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**BRUNO JOSEPH CUA** | Criminal Action No. 21-00107 (RDM) |

## NOTICE OF FILING OF DECLARATIONS OF THIRD-PARTY CUSTODIAN AND EMPLOYERS

Bruno Joseph Cua, through undersigned counsel, hereby submits the following notice of the filing of declarations from his third-party custodian and from his employer for the week of May 10 through 17, 2021. Pursuant to this Court's March 10, 2021 Memorandum Opinion and Order (ECF No. 25) and April 12, 2021 Order (ECF No. 35), Mr. Cua attaches to this notice (1) a declaration of third-party custodian Dr. Alise Cua attesting that Mr. Cua has complied with the conditions of pre-trial release imposed by this Court for the period May 10 through 17, 2021, and (2) declarations of Shawn Anderson and Patricia Hendrix attesting that Mr. Cua was engaged in employment under their direct supervision on May 14 and 15, 2021, respectively, and that, during those periods, Mr. Cua complied with his conditions of pre-trial release.

2

                                                                                        Respectfully submitted,

DATED:  May 17, 2021                          <u>*/s/ William E. Zapf*</u>
                                                                        Jonathan Jeffress (D.C. Bar No. 479074)
                                                                        William E. Zapf (D.C. Bar No. 987213)
                                                                        KaiserDillon PLLC
                                                                        1099 14th Street NW
                                                                        8th Floor West
                                                                        Washington, DC 20005
                                                                        T: (202) 640-2850
                                                                        F: (202) 280-1034
                                                                        jjeffress@kaiserdillon.com
                                                                        wzapf@kaiserdillon.com

                                                                        *Attorneys for Bruno Joseph Cua*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May 2021, I filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system, which system I understand has provided electronic notice counsel of record.

Dated:  May 17, 2021                                                                  */s/ William E. Zapf*
                                                                                                              William E. Zapf