## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRUNO JOSEPH CUA | Criminal Action No. 21-107 (RDM) |

### ORDER

Upon consideration of Defendant Bruno Joseph Cua's Motion to Modify Conditions of Release, and the entire record in this case, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that this Court's Order Setting Conditions of Release entered on March 10, 2021 (ECF No. 25, Attachment A), as amended and modified by the Court's April 12, 2021 Order (ECF No. 35), is hereby amended and modified as follows:

1. Subject to advance approval by the Pretrial Services Office and his other conditions of release, Mr. Cua is permitted to travel to and within Cherokee County, Georgia.

2. Subject to advance approval by the Pretrial Services Office and his other conditions of release, Mr. Cua is permitted to travel to and from the property owned by the Cua family in Jasper County, Georgia.

3. Mr. Cua is permitted to go to and be inside the outbuilding on his home's property referred to as the "workshop" or "barn" without the direct supervision of his third-party custodian.

**SO ORDERED** this  28  day of  June  2021.

[signature]

Randolph D. Moss
United States District Judge