UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

Criminal Action No. 21-107 (RDM)

BRUNO JOSEPH CUA,

*Defendant.*

**DECLARATION OF** x Dale Gramith

Under 28 U.S.C. § 1746, I, x Dale Gramith state the following:

1. From the period of x 6/22, 2021 to x 6/24, 2021, I attest that Bruno Joseph Cua was engaging in employment under my direct supervision. I further attest that, during this period, Bruno Joseph Cua fully complied with each and every condition of his pre-trial release.

2. I attest that if I become aware or have reason to believe that Bruno Joseph Cua has violated or will violate any conditions of his release, I will immediately report this information to the Pretrial Services Agency at (202) 442-1000.

I so declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: x 6/24, 2021

x [signature]

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> BRUNO JOSEPH CUA, <br><br> Defendant. | Criminal Action No. 21-107 (RDM) |

**DECLARATION OF** Patricia Hendrix

Under 28 U.S.C. § 1746, I, Patricia Hendrix, state the following:

1. From the period of 6/26, 2021 to 6/26, 2021, I attest that Bruno Joseph Cua was engaging in employment under my direct supervision. I further attest that, during this period, Bruno Joseph Cua fully complied with each and every condition of his pre-trial release.

2. I attest that if I become aware or have reason to believe that Bruno Joseph Cua has violated or will violate any conditions of his release, I will immediately report this information to the Pretrial Services Agency at (202) 442-1000.

I so declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: 6/26/, 2021

*/s/ Pat Hendrix*