**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**BRUNO JOSEPH CUA** | **Criminal Action No. 21-00107 (RDM)** |

## PROPOSED ORDER

Upon consideration of Defendant Bruno Joseph Cua's Motion to Modify Conditions of Release, and the entire record in this case, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that this Court's Order Setting Conditions of Release entered on March 10, 2021 (ECF No. 25, Attachment A), as amended and modified by the Court's April 12, 2021 Order (ECF No. 35) and June 2, 2021 Order (ECF No. 46), is hereby amended and modified further as follows:

1. Mr. Cua is permitted to drive himself to and from work sites for employment that has been pre-approved by Pretrial Services without being accompanied by this third-party custodian;

2. Subject to advance approval by the Pretrial Services Office and his other conditions of release, Mr. Cua's father, Joseph Cua, may serve as an alternate third-party custodian. For any periods in which Joseph Cua serves as third-party custodian, he must complete, sign, and submit to the Court a declaration from himself in the form and content of Attachment B to the Court's March 10, 2021 Order on the Monday following any such period.

**SO ORDERED** this 9th day of July 2021.

_____
Randolph D. Moss
United States District Judge