# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

BRUNO JOSEPH CUA,

Defendant.

Criminal Action No. 21-107 (RDM)

**DECLARATION OF** Patrick Hendry

Under 28 U.S.C. § 1746, I, Patrick Hendry, state the following:

1. From the period of 9/25, 2021 to 9/25, 2021, I attest that Bruno Joseph Cua was engaging in employment under my direct supervision. I further attest that, during this period, Bruno Joseph Cua fully complied with each and every condition of his pre-trial release.

2. I attest that if I become aware or have reason to believe that Bruno Joseph Cua has violated or will violate any conditions of his release, I will immediately report this information to the Pretrial Services Agency at (202) 442-1000.

I so declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: 9/25, 2021

*/s/ Patrick Hendry*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

BRUNO JOSEPH CUA,

Defendant.

Criminal Action No. 21-107 (RDM)

DECLARATION OF _KELLE MAC_

Under 28 U.S.C. § 1746, I, _KELLE MAC_, state the following:

1. From the period of __9-24__, 2021 to __9-24__, 2021, I attest that Bruno Joseph Cua was engaging in employment under my direct supervision. I further attest that, during this period, Bruno Joseph Cua fully complied with each and every condition of his pre-trial release.

2. I attest that if I become aware or have reason to believe that Bruno Joseph Cua has violated or will violate any conditions of his release, I will immediately report this information to the Pretrial Services Agency at (202) 442-1000.

I so declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: __9-24__, 2021

_[signature]_

UNITED STATES OF AMERICA,

v.

BRUNO JOSEPH CUA,

Defendant.

Criminal Action No. 21-107 (RDM)

## DECLARATION OF _Jay Bus_

Under 28 U.S.C. § 1746, I, _Jay Bus_, state the following:

1. From the period of 9/11/21, 2021 to 9/24/21, 2021, I attest that Bruno Joseph Cua was engaging in employment under my direct supervision. I further attest that, during this period, Bruno Joseph Cua fully complied with each and every condition of his pre-trial release.

2. I attest that if I become aware or have reason to believe that Bruno Joseph Cua has violated or will violate any conditions of his release, I will immediately report this information to the Pretrial Services Agency at (202) 442-1000.

I so declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: 9/24, 2021

_Jay Bus_