# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**BRUNO JOSEPH CUA** | Criminal Action No. 21-00107 (RDM) |

## PROPOSED ORDER

Upon consideration of Defendant Bruno Joseph Cua's Motion to Adopt, Conform, and Supplement Motions to Dismiss Counts Alleging Violation of 18 U.S.C. § 1512(c)(2), it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Mr. Cua has adopted and shall have the benefit of motions, oral argument, and related briefing concerning counts alleging violation of 18 U.S.C. § 1512(c)(2) by the defendants in *United States v. Montgomery, et al.*, Case No. 1:21-cr-00046-RDM; and

It is further **ORDERED** that Mr. Cua may conform to his case and particular circumstances, and supplement, such motions, oral argument, and related briefing, including as stated in the above-mentioned motion to adopt, conform, and supplement, which the Court shall consider.

**SO ORDERED** this _____ day of _____ 2021.

_____
Randolph D. Moss
United States District Judge