# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Criminal Action No. 21-00107 (RDM)** |
| **BRUNO JOSEPH CUA** | |

## NOTICE OF FILING OF DECLARATION OF THIRD-PARTY CUSTODIAN

Bruno Joseph Cua, through undersigned counsel, hereby submits the following notice of the filing of a declaration from his third-party custodian for the week of July 11 through 18, 2022. Pursuant to this Court's March 10, 2021 Memorandum Opinion and Order (ECF No. 25), April 12, 2021 Order (ECF No. 35), July 9, 2021 Order (ECF No. 54), August 23, 2021 Minute Order, November 23, 2021 Minute Order, and May 5, 2022 Minute Order, Mr. Cua attaches to this notice a declaration of third-party custodian Dr. Alise Cua attesting that Mr. Cua has complied with the conditions of pre-trial release imposed by this Court for the period of July 11 through 18, 2022.

Respectfully submitted,

DATED: July 18, 2022

*/s/ William E. Zapf*
Jonathan Jeffress (D.C. Bar No. 479074)
William E. Zapf (D.C. Bar No. 987213)
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034
jjeffress@kaiserdillon.com
wzapf@kaiserdillon.com
*Attorneys for Bruno Joseph Cua*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of July 2022, I filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system, which system I understand has provided electronic notice counsel of record.

Dated: July 18, 2022                    */s/ William E. Zapf*

William E. Zapf