## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**BRUNO JOSEPH CUA** | Criminal Action No. 21-00107 (RDM) |

## PROPOSED ORDER

Upon consideration of Defendant Bruno Joseph Cua's Consent Motion to Extend Pretrial Deadlines, and the entire record in this case, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that, the pretrial schedule is extended as follows:

| | |
|---|---|
| Replies in support of pretrial motions | January 4, 2023 |
| Replies in support of expert disclosures | January 4, 2023 |

**SO ORDERED** this _____ day of December 2022.

_____

Randolph D. Moss
United States District Judge