# Testimony history for Daniel Murrie, PhD

### *Commonwealth v. Gregory Murphy*
Circuit Court of Alexandria, Virginia
(Testimony as court-appointed expert addressing status of unrestorably incompetent capital defendant)
Testimony at annual hearing on 10/9/2020

### *Commonwealth v. George Thomas*
Circuit Court of Henrico County, Virginia
(Testimony following court appointment under capital sentencing statute)
Testimony at capital sentencing on 7/14/2020

### *Texas v. Lucky Ward*
Circuit Court of Harris County, Texas
(Testimony addressing mitigation at capital sentencing)
Testimony at capital sentencing on 3/9/20

### *Commonwealth v. Onis Moon*
Circuit Court of Danville, Virginia
(Testimony following court appointment under capital sentencing statute)
Testimony at capital sentencing on 1/28/2020

### *Commonwealth v. William Roy Brissette*
Circuit Court of Henrico County, Virginia
(Testimony addressing trial competence of defendant facing capital murder charges)
Testimony at competence hearing on 10/1/2019

### *Commonwealth v. James Fields*
Circuit Court of Charlottesville, Virginia
(Testimony at sentencing following a court-ordered sanity evaluation)
Testimony at sentencing hearing on 12/10/18

### *Commonwealth v. Travis Ball*
Circuit Court of Henrico County, Virginia
(Testimony at capital sentencing)
Testimony at sentencing hearing on 10/11/2018.

### *Commonwealth v. Darwin Martinez Torres*
Circuit Court of Fairfax County, Virginia
(Testimony addressing violence risk assessment at capital sentencing)
Testimony at pre-trial motions hearing on 9/27/2018.

*U.S. v John Gayden*
U.S. District Court, Middle District of Florida, Orlando, Florida
(Testimony addressing the risk of cognitive bias among experts exposed to irrelevant contextual information)
Testimony at *Daubert* hearing on 5/10/2018

*In Re Joshua Simmons*
Juvenile and Domestic Relations Court, District of Columbia
(Testimony addressing juvenile competence to proceed and restorability)
Testimony at competence hearing on 3/6/2018

*Commonwealth v. Wasil Farooqui*
Circuit Court of Roanoke, Virginia
(Testimony at sentencing hearing for violent crime)
Testimony at sentencing hearing 1/23/2018

*U.S. v. Gary Montgomery*
Superior Court of the District of Columbia
(Trial testimony addressing the role of psychiatric symptoms in a police interrogation)
Trial testimony: 8/10/2017

*Commonwealth v. Michael Brown*
Circuit Court of City of Norfolk, Virginia
(Testimony addressing competence of capital defendant)
Testimony at competence hearing: 4/11/2017

*Commonwealth of Virginia v. Russell Brown*
Circuit Court of Dinwiddie County, Virginia
(Teaching testimony addressing the insanity defense in a capital trial)
Trial testimony: 7/22/2016

*Doe v. Catholic Bishop of Chicago*
Circuit Court of Cook County, Illinois
(Personal injury case addressing clergy sexual abuse)
Deposition: 6/30/2016

*Commonwealth of Virginia v Briel*
Circuit Court of Fredericksburg, Virginia
(Psychological testing in an insanity defense)
Trial testimony: 5/3/2016

*In Re Daniel Morales*
Buckingham County Juvenile and Domestic Relations Court
(Testimony regarding juvenile's competence to stand trial)
Testimony at competence hearing: 3/29/16

*Court Martial case of U.S. v. CWO2 Sean Wiley*
US Marine Corps Court martial in Okinawa, Japan
(Testimony at sentencing for sexual offense)
Testimony at sentencing: 12/3/15

*Frye Hearing addressing New York State Mental Hygiene Law Article 10*
New York State Supreme Court, Duchess County
(Frye hearing addressing use of assessment instruments in sex offender civil commitment proceedings)
Testimony at Frye hearing: 7/20/15

*Donna Gail Yates, Adm. of the Estate of William Mark Sosebee, deceased, and Jarrod Smith v. Sylvian Turcotte, et al.*
US District Court, Western District of Virginia
(Personal injury case addressing post-traumatic stress)
Deposition: 7/8/15

*Commonwealth of Virginia v. Edward Mullins*
Roanoke Circuit Court
(Criminal sentencing)
Testimony at sentencing hearing: 1/21/15

*Commonwealth of Virginia v. Carey Shane Padgett*
Roanoke Circuit Court
(Capital sentencing, addressing violence risk)
Testimony at sentencing hearing: 3/25/14

*Commonwealth of Virginia v. Aric Smith*
Prince William County Circuit Court
(Teaching testimony addressing violence risk at capital sentencing)
Testimony at sentencing hearing: 3/19/14

*Commonwealth of Virginia v. Michael North*
Spotsylvania Circuit Court
(Criminal sentencing, juvenile in circuit court)
Testimony at sentencing hearing: 5/1/2013

*Natalie Cramer v. Peyton Cramer*
Circuit Court, Civil Division, Fauquier County Virginia
(Divorce case, evaluation addressed competence to complete a contract)
Testimony at hearing: 2/15/ 2012

*United States v. James Swann, Jr.*
Superior Court of the District of Columbia, Criminal Division
(Hearing addressing release privileges for an insanity defense acquittee)
Testimony at hearing: 2/15/2011

*Joseph Schulz v. Aleah Schulz West*
Culpepper County Circuit Court
(Divorce case addressing child custody, testimony addressed psychological testing)
Testimony at hearing: 10/5/2010

*Commonwealth of Virginia v Hiyang Zhu*
District Court, Montgomery County Virginia
(Criminal, sentencing in homicide case)
Testimony at Sentencing: 4/19/2010

*Commonwealth of Virginia v Paul Gentry*
District Court, Charlottesville City, Virginia
(Criminal, capital sentencing)
Testimony at Sentencing: 3/31/2009

*Commonwealth of Virginia v Charles Engelstad*
Circuit Court (Criminal Division), Campbell County Virginia
(Criminal case, sexual offense)
Testimony in Sentencing: 6/10/08

*In Re: The Commitment of Camillo Romero*
435th Judicial District Court, Montgomery Co, Texas
(Sexual offender civil commitment)
Deposition: 4/21/08

*In Re: The Commitment of Ricardo Diaz*
435th Judicial District Court, Montgomery Co, Texas
(Sexual offender civil commitment)
Testimony in Deposition: 1/29/08

*State of Texas v Antonio Williams*
District Court, Harris Co, Texas
(Capital sentencing)
Testimony at Sentencing: 12/10/07

*In Re: The Commitment of Jack Kirsch*
435th Judicial District Court, Montgomery Co, Texas
(Sexual offender civil commitment)
Testimony in Deposition: 8/8/07
Testimony in Trial: 10/2/07

*Battaglia et al. v. Stephens et al.*
136th Judicial District Court of Jefferson County, Texas
(Personal injury case addressing children's loss of a parent)
Testimony in Deposition: 5/3/05