UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**BRUNO JOSEPH CUA** | Criminal Action No. 21-00107 (RDM) |

## CONSENT MOTION TO WAIVE JURY TRIAL

Bruno Joseph Cua, through undersigned counsel, hereby moves this Honorable Court to sign and enter the attached waiver of jury trial. Mr. Cua wishes to proceed with a bench trial in the above-captioned case. Counsel for the government has signed the waiver and consents to proceeding by bench trial.

Respectfully submitted,

DATED: January 9, 2023

*/s/ William E. Zapf*
Jonathan Jeffress (D.C. Bar No. 479074)
William E. Zapf (D.C. Bar No. 987213)
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034
jjeffress@kaiserdillon.com
wzapf@kaiserdillon.com

*Attorneys for Bruno Joseph Cua*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2023, I filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system, which system I understand has provided electronic notice counsel of record.

Dated: January 9, 2023                           */s/ William E. Zapf*
                                                 William E. Zapf