UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRUNO JOSEPH CUA | Criminal Action No. 21-00107 (RDM) |

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant Bruno Joseph Cua waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

_____
Counsel for the government

Approved on: _____

_____
Honorable Randolph D. Moss