# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**BRUNO JOSEPH CUA** | Criminal Action No. 21-00107 (RDM) |

# PROPOSED ORDER

Upon consideration of Defendant Bruno Joseph Cua's Motion to Dismiss Count Three of the Second Superseding Indictment or, in the Alternative, for a Pretrial Determination Regarding 18 U.S.C. § 111(a), and the entire record in this case, it is hereby **ORDERED** that the motion is **GRANTED**; and

It is further **ORDERED** that Count Three of the Second Superseding Indictment is dismissed.

**SO ORDERED** this _____ day of _____, 2023.

_____

Randolph D. Moss
United States District Judge