UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 21-CR-107 |
| v. | : | |
| BRUNO JOSEPH CUA, | : | |
| Defendant. | : | |

**JOINT MOTION TO VACATE TRIAL DATE AND TO SUSPEND DEADLINES**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Bruno Joseph Cua, with the concurrence of his attorney, move to suspend the currently imposed trial deadlines and to vacate the February 13, 2023, bench trial date, in anticipation of the February 9, 2023, stipulated trial date.[1]

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ William E. Zapf*
William E. Zapf
D.C. Bar No. 987213
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
(202) 640-2850
wzapf@kaiserdillon.com

*/s/ Kaitlin Klamann*
KAITLIN KLAMANN
Assistant United States Attorney
IL Bar No. 6316768
601 D Street, NW
Washington, DC 20530
(202) 252-6778
kaitlin.klamann@usdoj.gov

---

[1] The parties do not oppose holding the stipulated trial on another date, up to and including February 13, 2023, should the Court require additional time to consider and rule on the defendant's motions to dismiss.