# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**BRUNO JOSEPH CUA** | Criminal Action No. 21-00107 (RDM) |

## NOTICE OF FILING OF DECLARATION OF THIRD-PARTY CUSTODIAN

Bruno Joseph Cua, through undersigned counsel, hereby submits the following notice of the filing of a declaration from his third-party custodian for the week of January 30 through February 6, 2023. Pursuant to this Court's March 10, 2021 Memorandum Opinion and Order (ECF No. 25), and other orders in this case concerning Mr. Cua's release conditions, Mr. Cua attaches to this notice a declaration of third-party custodian Dr. Alise Cua attesting that Mr. Cua has complied with the conditions of pre-trial release imposed by this Court for the period of January 30 through February 6, 2023.

Respectfully submitted,

DATED: February 7, 2023

*/s/ William E. Zapf*
Jonathan Jeffress (D.C. Bar No. 479074)
William E. Zapf (D.C. Bar No. 987213)
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034
jjeffress@kaiserdillon.com
wzapf@kaiserdillon.com

*Attorneys for Bruno Joseph Cua*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2023, I filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system, which system I understand has provided electronic notice counsel of record.

Dated: February 7, 2023                    <u>*/s/ William E. Zapf*</u>
                                            William E. Zapf