USA vs. Bruno Cua

Civil/Criminal No. 21-CR-107

- [ ] Government
- [ ] Plaintiff
- [ ] Defendant
- [ ] Joint
- [x] Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 107 | Video | | 2/24/23 | | |
| 208 | Video | | 2/24/23 | | |
| 204 | Video | | 2/24/23 | | |
| 712 | Parler Post | | 2/24/23 | | |
| 726 | " | | 2/24/23 | | |
| 909 | IG message | | 2/24/23 | | |
| 728 | Post Parler | | 2/24/23 | | |
| 732 | 1/1/21 Post Parler | | 2/24/23 | | |
| 948 | IG message 1/6/21 | | 2/24/23 | | |
| 955 | IG message 1/6/21 | | 2/24/23 | | |
| 937 | IG message 1/7/21 | | 2/24/23 | | |

p. 1

Government ☒
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

USA
vs.
Bruno Cua

Civil/Criminal No. 21-cr-107

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 735 | Post 1/7/21 | | 2/24/23 | | |
| 738 | " 1/8/21 | | " | | |
| 931 | IG message 1/9/21 | | " | | |

p. 2