UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**BRUNO JOSEPH CUA** | Criminal Action No. 21-00107 (RDM)<br><br>Honorable Randolph D. Moss |

**DEFENDANT BRUNO CUA'S NOTICE OF SUBMISSION OF EXHIBITS**

Defendant Bruno Cua, through his counsel, files this notice of defense Exhibit DX1 submitted at the stipulated trial in this matter. The defense submitted a copy of Exhibit DX1 to the Court by email on February 23, 2023.

Exhibit DX1 is a video produced to the defense by the government. It is a United States Capitol Police (USCP) Closed-Circuit Television Video (CCTV) that can be briefly described as depicting the hallway containing the doors to the Senate Gallery. The defense understands the camera that filmed DX1 is at the West end of the hallway near the Senate Gallery and points to the East. The camera that filmed DX1 is at the opposite end of the hallway of the camera that filmed the video that is government Exhibit 107 and is pointed in the opposite direction of the camera that filmed Exhibit 107. The video in DX1 is 45 seconds long.

        Respectfully submitted,

DATED: March 3, 2023        */s/ William E. Zapf*
        Jonathan Jeffress (D.C. Bar No. 479074)
        William E. Zapf (D.C. Bar No. 987213)
        KaiserDillon PLLC
        1099 14th Street NW
        8th Floor West
        Washington, DC 20005
        T: (202) 640-2850
        F: (202) 280-1034
        jjeffress@kaiserdillon.com
        wzapf@kaiserdillon.com

        *Attorneys for Bruno Joseph Cua*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2023, I filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system and served a copy of it by electronic mail on counsel for the United States, Assistant United States Attorneys Kaitlin Klamann, Carolina Nevin, and Kimberly Paschall.

*/s/ William E. Zapf*
William E. Zapf