# GOVERNMENT EXHIBIT A

 



**Seated Senator**

| Grassley, Chuck (R) IA |
| Harris, Kamala D. (D) CA |
| Hassan, Margaret Wood (D) NH |
| Hawley, Josh (R) MO |
| Heinrich, Martin (D) NM |
| Hirono, Mazie K. (D) HI |
| Hoeven, John (R) ND |
| Hyde-Smith, Cindy (R) MS |
| Inhofe, James M. (R) OK |
| Johnson, Ron (R) WI |
| Jones, Doug (D) AL |
| Kaine, Tim (D) VA |

## Map Legend

**ADS** - Assistant Democratic Secretary
**ARS** - Assistant Republican Secretary
**AS** - Assistant Secretary of the Senate
**DS** - Democratic Secretary
**JC** - Journal Clerk

**LC** - Legislative Clerk
**RS** - Republican Secretary
**P** - Parliamentarian
**SA** - Sergeant at Arms
**SS** - Secretary of the Senate

**VP** - Vice President of the U.S. (or president pro tempore or majority member)

**Note:** The numbers on the map are desk identification numbers and do not indicate occupant seniority or party.