# GOVERNMENT EXHIBIT B



## Map Legend

**ADS** - Assistant Democratic Secretary
**ARS** - Assistant Republican Secretary
**AS** - Assistant Secretary of the Senate
**DS** - Democratic Secretary
**JC** - Journal Clerk

**LC** - Legislative Clerk
**RS** - Republican Secretary
**P** - Parliamentarian
**SA** - Sergeant at Arms
**SS** - Secretary of the Senate

**VP** - Vice President of the U.S. (or president pro tempore or majority member)

**Note:** The numbers on the map are desk identification numbers and do not indicate occupant seniority or party.