# GOVERNMENT EXHIBIT C

**2020, Dec 2–2021, Jan 3 (116th Congress, 2nd session)** 

### Seated Senator



| Seated Senator |
|---|
| Feinstein, Dianne (D) CA |
| Fischer, Deb (R) NE |
| Gardner, Cory (R) CO |
| Gillibrand, Kirsten E. (D) NY |
| Graham, Lindsey (R) SC |
| Grassley, Chuck (R) IA |
| Harris, Kamala D. (D) CA |
| Hassan, Margaret Wood (D) NH |
| Hawley, Josh (R) MO |
| Heinrich, Martin (D) NM |
| Hirono, Mazie K. (D) HI |
| Hoeven, John (R) ND |

## Map Legend

**ADS** - Assistant Democratic Secretary
**ARS** - Assistant Republican Secretary
**AS** - Assistant Secretary of the Senate
**DS** - Democratic Secretary
**JC** - Journal Clerk

**LC** - Legislative Clerk
**RS** - Republican Secretary
**P** - Parliamentarian
**SA** - Sergeant at Arms
**SS** - Secretary of the Senate

**VP** - Vice President of the U.S. (or president pro tempore or majority member)

**Note:** The numbers on the map are desk identification numbers and do not indicate occupant seniority or party.