# GOVERNMENT EXHIBIT D

**Thread** (278161846654857)
   **Current Participants** 2021-02-04 15:42:25 UTC


bruno_cua (Instagram: 4100690135)

**Author**
   **Sent** 2021-01-22 22:44:53 UTC
   **Body** Bruno deleted the SA group chat

**Author**
   **Sent** 2021-01-22 22:45:08 UTC
   **Body** Wait what the heck why?

**Author**
   **Sent** 2021-01-22 22:45:28 UTC
   **Body** Idk, but if ya look back at it, it sats he ended it

**Author**
   **Sent** 2021-01-22 23:31:47 UTC
   **Body** Wheres bruno tho

**Author** ▮

**Sent** 2021-01-22 23:31:53 UTC

**Body** Gone

**Author** ▮

**Sent** 2021-01-22 23:31:54 UTC

**Body** Wasnt he the creator and shit

**Author** ▮

**Sent** 2021-01-22 23:32:01 UTC

**Body** Whack

**Author** ▮

**Sent** 2021-01-22 23:32:31 UTC

**Body** Yeah, but he gone now. No youtube channel, no insta chat leader, no parler account,...nothin.