UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**BRUNO JOSEPH CUA** | Criminal Action No. 21-00107 (RDM) |

## MOTION TO WITHDRAW IN PART MOTION TO FILE SEALED MATERIALS

Bruno Joseph Cua, through undersigned counsel, hereby moves to withdraw in part his May 5, 2023 consent motion to seal his sentencing memorandum and accompanying exhibits. *See* ECF No. 329 (filed under seal). Mr. Cua is withdrawing the motion in part and to the extent it seeks to seal his sentencing memorandum but maintains the motion with respect to the exhibits. Mr. Cua will file an unredacted version of his May 5, 2023 sentencing memorandum on the public docket contemporaneously with this notice.

Respectfully submitted,

DATED: May 9, 2023

*/s/ William E. Zapf*
Jonathan Jeffress (D.C. Bar No. 479074)
William E. Zapf (D.C. Bar No. 987213)
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034
jjeffress@kaiserdillon.com
wzapf@kaiserdillon.com

*Attorneys for Bruno Joseph Cua*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May, 2023, I filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system, which system I understand has provided electronic notice counsel of record.

<u>*/s/ William E. Zapf*</u>
William E. Zapf