UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**BRUNO JOSEPH CUA** | Criminal Action No. 21-00107 (RDM) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Bruno Joseph Cua in the above-captioned case appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment and sentence entered in this action on August 22, 2023 (ECF No. 376), and all orders and judgments merged or subsumed therein, including without limitation the Court's finding of guilt as to Counts 2 and 3 of Second Superseding Indictment at a stipulated bench trial on February 24, 2023, and orders denying Mr. Cua's motions to dismiss Counts 2 and 3. *See, e.g.,* ECF No. 288 & Feb. 24, 2023 Hr'g. Tr.

Respectfully submitted,

DATED: August 22, 2023

*/s/ William E. Zapf*
Jonathan Jeffress (D.C. Bar No. 479074)
William E. Zapf (D.C. Bar No. 987213)
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034
jjeffress@kaiserdillon.com
wzapf@kaiserdillon.com

*Attorneys for Bruno Joseph Cua*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22d day of August, 2023, I filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system, which system I understand has provided electronic notice counsel of record.

*/s/ William E. Zapf*
William E. Zapf