UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**BRUNO JOSEPH CUA** | Criminal Action No. 21-00107 (RDM) |

## NOTICE OF CHANGE OF FIRM NAME AND CONTACT INFORMATION

Bruno Joseph Cua, through undersigned counsel, hereby notifies the Court and counsel of record that the name of the law firm representing Mr. Cua has changed from KAISERDILLON PLLC to KAISER PLLC. The mailing address, telephone number, and fax number remain the same. The new email address for Jonathan Jeffress is jjeffress@kaiserlaw.com. The new email address for William E. Zapf is wzapf@kaiserlaw.com.

Respectfully submitted,

DATED: January 3, 2024

*/s/ William E. Zapf*
Jonathan Jeffress (D.C. Bar No. 479074)
William E. Zapf (D.C. Bar No. 987213)
KAISER PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034
jjeffress@kaiserlaw.com
wzapf@kaiserlaw.com

*Attorneys for Bruno Josep*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2024, I filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system, which system I understand has provided electronic notice counsel of record.

*/s/ William E. Zapf*
William E. Zapf