# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO. 21-CR-107 (RDM) |
| | : |
| BRUNO JOSEPH CUA, | : |
| | : |
| Defendant. | : |

## NOTICE REGARDING RE-ENTRY PROGRESS HEARING

In response to the Court's April 22, 2024, minute order regarding the re-entry progress hearing scheduled for May 23, 2024, the Government notifies the Court that its preference is to appear virtually for the hearing.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  /s/ *Carolina Nevin*
CAROLINA NEVIN
Assistant United States Attorney
New York Bar No. 5226121
601 D Street, NW
Washington, DC 20530
carolina.nevin@usdoj.gov
(202) 803-1612