Exhibit 1

 Bruno Cua <brunocua@gmail.com>

## Status of Refund Request (DCD Case No. 21-CR-107)

**DCDml_FinanceOffice** <DCDml_FinanceOffice@dcd.uscourts.gov>   Mon, Mar 17, 2025 at 2:44 PM
To: "brunocua@gmail.com" <brunocua@gmail.com>

Good Afternoon,

We have received your request for a refund of criminal debt paid in case 21-CR-107. Upon review of the case, and in accordance with official guidance from the Office of General Counsel for the Administrative Office of the U.S. Courts, it has been determined that case 21-CR-107 is not eligible for a refund.

Criminal debt, which includes special penalty assessments, fines, and restitution, paid to the U.S. Government or to the victim(s) of a crime pursuant to a valid Judgment in a Criminal Case Order and prior to a pardon or dismissal is considered to be vested in a third party and therefore not available to be refunded. *See: Knote v. U.S., 95 U.S. 149 (1877).*

Our research on case 21-CR-107 confirms the special penalty assessment and fine (if applicable) were deposited in the Crime Victims Fund as mandated by *34 U.S.C. §20101* and are no longer in the possession of the Judiciary. Further, the restitution paid in this case was disbursed to the victim(s) prior to the pardon or dismissal. Accordingly, all criminal debt paid in this case is vested in a third party and is not eligible for a refund.

If you believe this determination has been made in error, you may file a motion in case 21-CR-107.



**Finance Office**
**U.S. District & Bankruptcy Courts for the District of Columbia**
333 Constitution Avenue NW, Washington, DC 20001
Phone: (202) 354-3100 | E-mail: dcdml_FinanceOffice@dcd.uscourts.gov

Exhibit 2

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 2/27/2025 at 5:15 PM EDT and filed on 2/27/2025

**Case Name:**     USA v. CUA

**Case Number:**   1:21-cr-00107-RDM

**Filer:**

**Document Number:** No document attached

**Docket Text:**
MINUTE ORDER as to BRUNO JOSEPH CUA: In light of the per curiam order from the D.C. Circuit, Document #2103180, it is hereby ORDERED that this case is DISMISSED as moot. The Clerk of Court is directed to terminate the case. Signed by Judge Randolph D. Moss on 2/27/2025. (lcrdm3)

Exhibit 3

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

*Bruno Cua*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.



*Done at the City of Washington, District of Columbia, on January 30, 2025.*

ID318767



Bruno Cua <brunocua@gmail.com>

---

## Certificate of Pardon (Intranet Quorum IMA00924883)

**US Pardon Attorney(imailagent)** <uspardon.attorney@usdoj.gov>   Thu, Jan 30 at 9:58 AM
To: <brunocua@gmail.com>

**From:** Office of the Pardon Attorney, U.S. Department of Justice
**To:** Bruno Cua
**Date:** January 30, 2025

You were pardoned under President Trump's January 20, 2025 clemency proclamation. The Certificate of Pardon included here is proof that you were pardoned under the proclamation.

## What's next

## Save or print your certificate.

Save or print the certificate so you can show proof of the pardon when needed. The pardon means that you're forgiven, but you still have a criminal conviction. It may:

- remove restrictions on your right to vote, hold office, or be part of a jury
- relieve you from penalties for your charge/conviction, including jail time

The Office of the Pardon Attorney will provide notice of the pardon to the Federal Bureau of Investigation.

Bruno Cua.pdf, IQFormatFile.txt