IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 21-00107 (RDM) |
| BRUNO JOSEPH CUA, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## <u>MOTION TO WITHDRAW APPEARANCE OF COUNSEL</u>

Jonathan Jeffress and William Zapf, who represented Defendant Bruno Joseph Cua with respect to the above-captioned case, respectfully move to withdraw their appearances on behalf of Mr. Cua, pursuant to Rule 44.5(d) of the Local Criminal Rules of the United States District Court for the District of Columbia.

Undersigned counsel represented Mr. Cua with respect to proceedings in this case in this Court through trial and sentencing. His conviction was vacated by the United States Court of Appeals for the District of Columbia on February 27, 2025, ECF No. 396, and the case was dismissed as moot the same day by this Court by minute order. Undersigned counsel understands from the docket that Mr. Cua has filed a motion for refund of fees and restitution today, April 11, 2025, although the motion itself is not available through PACER. Mr. Jeffress and Mr. Zapf were not involved in drafting or filing that motion.

As trial and sentencing have already occurred, and Mr. Cua's case has been dismissed, counsel's withdrawal would not unduly delay trial of the case, would not be unfairly prejudicial to any party, and is not otherwise against the interests of justice. *See* Local Crim. R. 44.5(d).

Per the certificate of service below, undersigned counsel will provide a copy of this motion and proposed order to Mr. Cua's last known address and last known e-mail

address. Mr. Cua, therefore, has reasonable notice of undersigned counsel's intent to withdraw their appearances in this case.

Wherefore, for the foregoing reasons, and any other reasons appearing to the Court, undersigned counsel respectfully requests the Court grant their motion to withdraw as counsel for Mr. Cua in the above-captioned case.

Respectfully submitted,

/s/ William Zapf
William Zapf
D.C. Bar No. 987213
Jonathan Jeffress
D.C. Bar No. 479074
Kaiser PLLC
1099 14th Street, N.W., 8 Floor West
Washington, D.C. 20005
Telephone: (202) 640-2850
wzapf@kaiserlaw.com
jjeffress@kaiserlaw.com

*Counsel for Bruno Joseph Cua*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 11th day of April 2025, the foregoing was served electronically on the counsel of record through the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and the document is available on the ECF system.

I further certify that on this 11th day of April 2025, the foregoing was served by U.S. Mail and e-mail upon Mr. Cua.


/s/ William Zapf
William Zapf