# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-3078**                                    **September Term, 2024**

**1:21-cr-00107-RDM-1**

**Filed On: July 21, 2025** [2126418]

United States of America,

        Appellee

    v.

Bruno Joseph Cua,

        Appellant

**O R D E R**

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon the disposition of the motion for reconsideration.

                                 **FOR THE COURT:**
                                 Clifton B. Cislak, Clerk

                    BY:   /s/
                                 Emily K. Campbell
                                 Deputy Clerk